IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATALIE SOTO,

    Plaintiff,

v.

WENDELL HOLMES, JR.,

    Defendant.

Civil Action
File No.: 1:24-cv-02911-SDG

## REQUEST FOR ORAL ARGUMENT

COMES NOW Natalie Soto, Plaintiff in the above-styled action, and pursuant to Fed. R. Civ. P. 12(I), hereby requests a hearing for the purpose of oral argument on her motion to dismiss Defendant's counterclaim.

This 16th day of August, 2024.

    /s/ Joseph W. Weeks
    Joseph W. Weeks
    Attorney for Plaintiff
    Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Ave., Suite 450
Decatur, GA 30030-2560
jweeks@mcnallyweeks.com (email)
404-373-3131 (phone)
404-373-7286 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a true and correct copy of the within and foregoing REQUEST FOR ORAL ARGUMENT has been served upon the Defendant via email and/or First Class Mail at Defendant's last known mailing address and/or email address, as follows:

Wendell Holmes, Jr.
5934 Rosie Lane, SE
Mableton, GA 30126
wendellholmesjr@gmail.com

This 16th day of August, 2024.

/s/ Joseph W. Weeks
Joseph W. Weeks
Attorney for Plaintiff
Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Ave., Suite 450
Decatur, GA 30030-2560
jweeks@mcnallyweeks.com (email)
404-373-3131 (phone)
404-373-7286 (facsimile)