# Exhibit "A"

# McNALLY WEEKS
## ATTORNEYS AT LAW

125 CLAIREMONT AVENUE  
SUITE 450  
DECATUR, GA 30030-2560  
TEL: 404-373-3131  
FAX: 404-373-7286

THOMAS F. McNALLY, JR., *EMERITUS*  
JOSEPH W. WEEKS, LLC

September 3, 2024

*Via email: booking@wendellholmesjr.com and USPS First Class Mail*  
Wendell Holmes, Jr  
5934 Rosie Lane, SE  
Mableton, GA 30126

Re: <u>Soto v. Holmes</u>  
1:24-cv-02911-SDG

Dear Mr Holmes:

I hope this letter finds you well. As you are aware, we represent the Plaintiff in the above-referenced case currently pending against you in the United States District Court, Northern District of Georgia. Pursuant to the Federal Rules of Civil Procedure, we are required to conduct a joint Rule 26(f) conference to discuss the nature and basis of the claims and defenses, the possibility of settlement, and to develop a proposed discovery plan.

In order to comply with this requirement, I am writing to request your availability to conduct the Rule 26(f) conference. Please provide me with several dates and times within the next 21 days that you are available to meet, either in person, by phone, or via video conference, whichever is most convenient for you.

Following our conference, we will need to file a joint Rule 26(f) report with the court, outlining our proposed discovery plan and any other matters discussed during the conference. If you would like, I can prepare a draft of the report for your review following our meeting.

Please feel free to contact me at your earliest convenience to confirm a date and time for the Rule 26(f) conference. You can reach me by phone at 404-373-3131 or by email at jweeks@mcnallyweeks.com.

Thank you for your attention to this matter. I look forward to hearing from you soon.

Very Truly Yours,

Joseph W. Weeks

Page 1 of 1

# McNALLY WEEKS
## ATTORNEYS AT LAW

125 CLAIREMONT AVENUE  
SUITE 450  
DECATUR, GA 30030-2560  
TEL: 404-373-3131  
FAX: 404-373-7286

THOMAS F. McNALLY, JR., *EMERITUS*  
JOSEPH W. WEEKS, LLC

October 29, 2024

*Via email: wendellholmesjr@gmail.com and USPS First Class Mail*  
Wendell Holmes, Jr.  
5934 Rosie Lane, SE  
Mableton, GA 30126

  Re: <u>Natalie Soto v. Wendell Holmes, Jr.</u>  
    Civil Action #: 1:24-cv-02911-SDG  
    US District Court for the Northern District of Georgia

Dear Mr. Holmes:

  I am writing you a second letter because I have not received your response to my first letter dated September 3, 2024, a copy of which is enclosed.

  This is my second attempt at contacting you in writing to obtain from you any dates and times within the next 21 days when you will be available to meet and confer with me, either in person, by phone, or via video conference.

  As my previous letter explains, I need to find out your availability to conduct the Rule 26(f) conference, which is a requirement of the Court. Following our conference, we will then need to file a joint Rule 26(f) report and discovery plan with the Court.

  I hope that we will be able to conduct these matters with mutual professionalism and do not wish for the Court to get involved.

  However, please be aware that if you continue to ignore my attempts to communicate with you and get the Rule 26(f) conference scheduled, then I may have no choice but to seek the Court's intervention in the matter of your non-compliance.

  Please contact me as soon as possible to confirm a date and time for the Rule 26(f) conference. You can reach me by phone at 404-373-3131 during normal business hours, or by email at jweeks@mcnallyweeks.com.

Thank you, I look forward to hearing from you soon.

                                                  Very Truly Yours,

                                                  Joseph W. Weeks

JWW