IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALIE SOTO,<br>    Plaintiff,<br><br>          v.<br><br>WENDELL HOLMES, JR.,<br>    Defendant. | Civil Action No.<br>1:24-cv-02911-SDG |

## SCHEDULING ORDER

This matter is before the Court on review of each party's portion of the Joint Preliminary Report and Discovery Plan [ECFs 12, 14]. The Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: Discovery will end on March 17, 2025. Dispositive motions must be filed by April 16, 2025. If a dispositive motion is not filed, the Consolidated Pre-Trial Order must be filed by May 1, 2025, otherwise the Consolidated Pre-Trial Order will be due 30 days after the Court's ruling on any dispositive motions.

**SO ORDERED** this 31st day of December, 2024.

Steven D. Grimberg
United States District Judge

1