IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATALIE SOTO,

    Plaintiff,

v.

WENDELL HOLMES, JR.,

    Defendant.

Civil Action
File No.: **1:24-cv-02911-SDG**

### CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS PURSUANT TO LOCAL RULE 26.3

COMES NOW Counsel for the Plaintiff, and pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, hereby certifies and provides notice that true and correct copies of the following discovery materials electronically via email and/or via USPS First Class Mail:

1. NOTICE TO TAKE DEPOSITION OF WENDELL HOLMES, JR.

The undersigned certifies that copies and/or an electronic copeis of the above discovery pleadings were served upon all counsels of record in this action by sending an electronic copy of each pleading to all parties, electronic service registrants and attorneys of record in this action, via via statutory electronic service in an email, and/or via USPS First Class Mail postage paid and addressed as follows:

Wendell Holmes, Jr.
5934 Rosie Lane, SE
Mableton, GA 30126
wendellholmesjr@gmail.com

This 19th day of February, 2025.

/S/ Joseph W. Weeks
Joseph W. Weeks
Attorney for Plaintiff
Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Avenue, Suite 450
Decatur, GA 30030-2560
Ph: 404-373-3131
Fax: 404-373-7286
jweeks@mcnallyweeks.com