IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

NATALIE SOTO,

Plaintiff,

v.

WENDELL HOLMES, JR.,

Defendant.

Civil Action No. 1:24-cv-02911-SDG

AFFIDAVIT OF WENDELL HOLMES DENYING PLAINTIFF'S CLAIMS

STATE OF GEORGIA

COUNTY OF [Cobb County]

I, Wendell Holmes, Jr., being duly sworn, depose and state as follows:

I. INTRODUCTION

1. My name is Wendell Holmes, Jr., and I am the Defendant in this case.

2. I am over the age of 18, competent to testify, and make this affidavit based on my personal knowledge.

3. I submit this affidavit to formally deny the allegations made by Plaintiff, Natalie Soto, and to confirm that I did not engage in any wrongful conduct.

II. DENIAL OF PLAINTIFF'S ALLEGATIONS

4. I never sent, shared, or distributed any intimate images or videos of Plaintiff to Dawn Douglas or anyone else.

5. I never possessed any intimate images or videos of Plaintiff.

6. Plaintiff has not provided any authenticated evidence that I engaged in any wrongful conduct.

7. Plaintiff has not submitted subpoenaed records from Facebook, text message logs, or forensic evidence proving that I sent or distributed any images.

8. Plaintiff's claims are based on speculation and lack factual support.

## III. LACK OF EVIDENCE AGAINST ME

9. I have reviewed the evidence provided by Plaintiff, and it does not contain:

a. Any identifying information that links me to the alleged messages or images.

b. Any records from social media companies proving that I sent any images.

c. Any witness testimony or forensic analysis supporting Plaintiff's allegations.

10. Since there is no factual or documentary evidence against me, I respectfully request that the Court dismiss Plaintiff's claims.

## IV. REQUEST FOR RELIEF

11. Based on the lack of evidence and the false nature of Plaintiff's claims, I respectfully request that this Court:

a. Dismiss Plaintiff's Complaint with prejudice.

b. Grant any other relief the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this ___9___ day of March, 2025.

_____

Wendell Holmes, Jr.

5934 Rosie LN SE

Mableton, GA 30126

(404) 664-2943

Pro Per (Self-Represented Defendant)

NOTARY PUBLIC SECTION (IF REQUIRED)

STATE OF GEORGIA

COUNTY OF [Your County]

Sworn to and subscribed before me on this __9__ day of March, 2025 by Wendell Holmes, Jr., who proved to me through satisfactory evidence to be the person signing this document.

_____
Notary Public

My Commission Expires: August 26, 2028

