Return to:
O'Kelley & Sorohan, Attorneys at Law, LLC
2400 Lakeview Parkway, Suite 100
Alpharetta, GA 30009
File No.: 02-154366-KR

Deed Book 15820 Page 4260
Filed and Recorded 11/6/2020 1:44:00 PM
2020-0145169
Rebecca Keaton
Clerk of Superior Court
Cobb County, GA
Participant IDs: 8274269752
7067927936

PARCEL ID:
18006500060

STATE OF Georgia
COUNTY OF Fulton

# LIMITED WARRANTY DEED

THIS INDENTURE, made on 6th day of November, 2020, between

**Kia Dior Holmes**

(hereinafter referred to as "Grantor") and

**Kia Dior Holmes and Wendell Holmes, Jr., As Joint Tenants With Right or Survivorship**

(hereinafter referred to as "Grantee"), the words "Grantor" and "Grantee" to include the heirs, executors, legal representatives, successors and assigns of said parties where the context requires or permits; WITNESSETH:

THAT Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE CONSIDERATIONS, in hand paid, at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged by Grantor, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell and convey unto Grantee,

All that tract or parcel of land lying and being in Land Lot 65 of the 18th District, 2nd Section, Cobb County, Georgia, being Lot 4, Block B, of Inverness Ridge Subdivision, Phase I, as per plat recorded in Plat Book 156, Page 34, as revised in Plat Book 175, Page 39, Cobb County Records, which plat is incorporated herein and made a part hereof by reference.

Subject to that security deed from Kia Dior Holmes to Ameris Bank, dated November 6, 2020, in the original loan amount of $310,400.00, to be recorded in Cobb County, Georgia deed records.

TOGETHER WITH all and singular the rights, members and appurtenances thereto (hereinafter collectively referred to as the "Premises") , the same being, belonging, or in anywise appertaining to the only proper use, benefit and behoof of Grantee.

Subject to all easements, rights of way, and restrictive covenants of record (hereinafter referred to as the "Exceptions").

TO HAVE AND TO HOLD the Premises, subject to the Exceptions, to the only proper use, benefit and behoof of Grantee, forever, in FEE SIMPLE, and Grantor will, subject to the Exceptions, warrant and forever defend the right and title to the Premises unto Grantee against the claims of all person claiming by, through or under Grantor, but not otherwise.

IN WITNESS WHEREOF, Grantor has executed this instrument under seal, as of the date first above written.

Signed, sealed and delivered
in the presence of:

Unofficial Witness

Notary Public
Commission expires:
EXP.
5/4/21

/s/ Kia Dior Holmes
Kia Dior Holmes

Limited Warranty Deed                                                                                            02-154366-KR