

# COBB COUNTY SHERIFF'S OFFICE
PUBLIC SAFETY BUILDING • 185 ROSWELL STREET • MARIETTA, GA 30090-9650
TELEPHONE (770) 499-4600 • FAX (770) 499-4797

CRAIG D. OWENS, SR.
SHERIFF

RHONDA W. ANDERSON
CHIEF DEPUTY

**Cobb County Sheriff's Office**
**Arrest/Booking Report**
**Printed: User**
**6/26/2024 12:10**
**@99.98.103.88**

| Booking Information | | | |
|---|---|---|---|
| Agency ID | Arrest Date/Time | Booking Started | Booking Complete |
| GA0330000 | 6/16/2024 11:25 | 6/16/2024 12:08 | 6/16/2024 18:32 |
| Personal Information | | | | | |
| Name | DOB | Race/Sex | Location | SOID | Days in Custody |
| **HOLMES WENDALL JR** | **1978** | **B /M** | **Released** | **001000778** | **0** |
| Height | Weight | Hair | | Eyes | |
| 511 | 225 | BLK | | BRO | |
| Address | City | State | | Zip | |
| 5934 ROSIE LANE SE | MABLETON | GA | | 30126 | |
| Place of Birth | MISSISSIPP | | | | |

| Visible Scars and Marks |
|---|
| N/A |

**Arrest Circumstances**

| Arrest Agency | Officer | Location of Arrest | Serial # |
|---|---|---|---|
| GA0330000-COBB CO SHERIFF | S20019 | 566 WHITLOCK AVE | 001066991 |

**Charges**

| Warrant | 24-W-3636 | Warrant Date | 6/16/2024 | 1 |
|---|---|---|---|---|
| Case | 24016333 | OTN | | |

| Offense Date | Code Section | Description | Type | Counts | Bond |
|---|---|---|---|---|---|
| N/A | OCGA16-11-62 | Unlawful Eavesdropping or Surveillance (Felony) | Felony UnIndicted | 1 | $0.00 |
| N/A | OCGA16-11-39.1(a)(1) | Harassing Phone Calls | Misdemeanor Unindicted | 1 | $0.00 |
| | | Bond Amount | | | $6,000.00 |
| | | Indigent Defense Fund | | | $100.00 |

|  | Jail Construction & Staffing Act Fund |  | $600.00 |
|---|---|---|---|
|  | POPTF (Peace Officer & Prosecutor Training Fund) |  | $100.00 |
|  | Cobb County Bond Fee |  | $20.00 |
|  | Bond Status | Paid/Bailable | Bonding Info $6,820.00 |

**Release Information**

| Attorney |
|---|
| No Attorney of Record on file |

| Case/Warrant | Bondsman's Name | Address | Phone |
|---|---|---|---|
| 24-W-3636 | AAA Assured Bail Bonding | 1115 Powder Springs St. Marietta GA |  |

| Release Date | Officer | Released To |
|---|---|---|
| 6/16/2024 19:02 | S18074 | Bonding company |

Copyright 2014 - Cobb County Sheriff's Office. All Rights Reserved