IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATALIE SOTO,

    Plaintiff,

v.

WENDELL HOLMES, JR.,

    Defendant.

Civil Action
File No.: **1:24-cv-02911-SDG**

## AMENDED NOTICE TO TAKE THE DEPOSITION OF WENDELL HOLMES, JR.

TO:  WENDELL HOLMES, JR., Defendant
5934 Rosie Lane, SE
Mableton, GA 30126
wendellholmesjr@gmail.com

Please take notice that beginning at 1:00 P.M. on Thursday, March 20th, 2025, at the office of McNally Weeks, located at 125 Clairemont Avenue, Suite 450, Decatur, GA 30030-2560, Plaintiff's attorney will, pursuant to Rule 30 of the Federal Rules of Civil Procedure and pursuant to Judge Steven D. Grimberg's Order entered during the conference held on March 17th, 2025, proceed to take your deposition upon oral examination for the purposes of discovery and for any other purpose allowed under the Fed. R. Civ. P.

You are hereby notified that the deposition will be taken before a court

reporter and a notary public, or any other official authorized to administer oaths and authorized by law to take and transcribe said deposition, and will be recorded by stenographic means, with the party on whose behalf this deposition is being taken bearing the costs of such recording. The deposition will continue from day to day until completed.

Respectfully submitted, this 17th day of March, 2025.

/s/ Joseph W. Weeks
Joseph W. Weeks
Attorney for Plaintiff
Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Ave., Suite 450
Decatur, GA 30030-2560
jweeks@mcnallyweeks.com (email)
404-373-3131 (phone)
404-373-7286 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing AMENDED NOTICE TO TAKE THE DEPOSITION OF WENDELL HOLMES, JR. has been served upon all counsel of record and/or parties to this action at the below mailing address and/or email address:

    Wendell Holmes, Jr., *Pro Se*
    5934 Rosie Lane, SE
    Mableton, GA 30126
    wendellholmesjr@gmail.com

This 17th day of March, 2025.

                                            /s/ Joseph W. Weeks
                                            Joseph W. Weeks
                                            Attorney for Plaintiff
                                            Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Ave., Suite 450
Decatur, GA 30030-2560
jweeks@mcnallyweeks.com (email)
404-373-3131 (phone)
404-373-7286 (facsimile)