# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-02911-SDG
### Soto v. Holmes
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 03/17/2025.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:20 P.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Alicia Bagley
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

**ATTORNEY(S) PRESENT:** Saam Ghiaasiaan representing Natalie Soto
Wendell Holmes appearing Pro Se
Joseph Weeks representing Natalie Soto

**PROCEEDING CATEGORY:** Discovery Hearing(Non-final Pretrial Conference).

**MINUTE TEXT:** Discovery hearing held on March 17, 2025. The parties appeared before the court via Zoom concerning a discovery dispute raised pursuant to the Court's Standing Order. The Court heard argument from the parties regarding discovery issues. The Defendant was ORDERED to produce all outstanding discovery responses by 5pm on March 17, 2025. The Court further ORDERED the Defendant to appear for his deposition on March 20, 2025 at 1pm, in the offices of Plaintiff's counsel. The Court ORDERED that Discovery shall close on March 21, 2025. Dispositive motions must be filed by April 21, 2025. If a dispositive motion is not filed, the Consolidated Pre-Trial Order must be filed by May 5, 2025, otherwise the Consolidated Pre-Trial Order will be due 30 days after the Court's ruling on any dispositive motions.

**HEARING STATUS:** Hearing Concluded