# McNALLY WEEKS
## ATTORNEYS AT LAW

125 CLAIREMONT AVENUE  
SUITE 450  
DECATUR, GA  30030-2560  
TEL: 404-373-3131  
FAX: 404-373-7286  

JOSEPH W. WEEKS, LLC  
THOMAS F. McNALLY, JR., *EMERITUS*

April 8, 2025

Honorable Steven D. Grimberg, District Judge  
ATTN: Danielle Brye, Courtroom Deputy Clerk  
1701 United States Courthouse  
75 Ted Turner Drive, SW  
Atlanta, GA 30303-3309  

Re: **Natalie Soto v. Wendell Holmes, Jr.; USDC Northern District of Geogia; Atlanta Division; Civil Action File No.: 1:24-cv-2911-SDG**

Dear Judge Grimberg:

In accordance with Local Rule 83.1(E), I hereby request that the above-referenced matter not be calendared during the dates set forth below. I am counsel for Plaintiff Natalie Soto in the above case. I would appreciate the Court's consideration in this case not being calendared during these periods. Thank you very much.

- **May 15 and 16, 2025;**
- **July 7, 8, 9, 10, 11 and 14, 2025;**
- **November 24, 25 and 26, 2025; and**
- **December 19, 22 and 23, 2025.**

By copy of this letter, I am informing opposing counsel of my request for a leave of absence. I understand that I am not relieved from other deadline requirements absent the Court's approval.

Very truly yours,

/s/Joseph W. Weeks

Joseph W. Weeks

JWW:ps

cc: All Parties and/or Counsel of Record (via US Mail, email, and/or the CM/ECF system)