IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


NATALIE SOTO,

   Plaintiff,

                 CIVIL ACTION FILE NO.

vs.

           1:24-cv-02911-SDG

WENDELL HOLMES, JR.,

   Defendant.
~~~~~~~~~~~~~~~~~~~~


DEPOSITION OF

WENDELL HOLMES, JR.



March 20, 2025

1:10 p.m.



125 Clairemont Avenue

Suite 450

Decatur, Georgia



Nancy G. Lucas, CCR, 1366-B

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 2

1              APPEARANCES OF COUNSEL

2    On Behalf of the Plaintiff:

3        JOSEPH W. WEEKS, Esquire
         McNally Weeks
4        125 Clairemont Avenue
         Suite 450
5        Decatur, Georgia  30030
         jweeks@mcnallyweeks.com
6        (404) 373-3131

7    On Behalf of the Defendant:

8        WENDELL HOMES, JR., Pro Se
         5934 Rosie Lane, SE
9        Mableton, Georgia  30126
         (404) 664-2943
10        wendellholmesjr@gmail.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 3

1                    INDEX TO EXAMINATION

2                              Page

3    Cross-Examination by Mr. Weeks              4

4

5

6

7                    INDEX TO EXHIBITS

8    Plaintiff's  Description            Page

9    Exhibit 1    Facebook link            19

10   Exhibit 2    Posting            37

11   Exhibit 3    Posting            39

12   Exhibit 4    Text Messages            42

13   Exhibit 5    Text Messages            50

14   Exhibit 6    Affidavit            68

15   Exhibit 7    Audio-video recording      76

16   Exhibit 8    Audio-video recording      78

17        (The original exhibits were inadvertently

18   taken from the conference room by the witness.

19   Mr. Weeks supplied copies of the original exhibits to

20   the court reporter and these will be attached to

21   original transcript.)

22

23

24

25

Natalie Soto Vs.
Wendell Holmes, Jr.

March 20, 2025

Page 4

```
1              Deposition of
               Wendell Holmes, Jr.
2              March 20, 2025

3       MR. WEEKS:  This will be the deposition of

4    Wendell Holmes, Jr., taken pursuant to order of

5    Judge Grimberg and a notice of deposition.

6       It's taken for all purposes allowed under the

7    Federal Rules of Evidence and the Federal Rules of

8    Civil Procedure.

9       You may swear in the witness.

10      WENDELL HOLMES, JR., being first duly sworn, was

11   examined and testified as follows:

12   CROSS-EXAMINATION

13   BY MR. WEEKS:

14      Q.  Good afternoon, Mr. Holmes.  My name is Joseph

15   Weeks.  I don't think we've met before in person, but I

16   represent Natalie Soto in a lawsuit that's been filed

17   against you in federal court.  Okay?

18      A.  (Witness nods head.)

19      Q.  Is that a yes?

20      A.  Yes.  But it was a statement, not a question.

21      Q.  Okay.  Have you ever given a deposition

22   before?

23      A.  Never.

24      Q.  Okay.  I'm going to go over a few things that

25   will help us here today to move things along.  As best
```

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 5

1  as you can, if you can let me finish my question before

2  you start to answer my question and I'll let you finish

3  your answer before I come back in; fair enough?

4      A.   Yeah.

5      Q.   And what that will do is allow the court

6  reporter to get a clear record of what's being taken

7  down today.

8          As best you can, if I ask a question that

9  calls for a yes or no answer, if you can say yes or no,

10  as opposed to uh-huh, huh-uh or head nods, that also

11  will help us get a really clear and the best transcript

12  we can; okay?

13     A.   Okay.

14     Q.   If I ask a question that you don't understand

15  for any reason, either be it you don't understand the

16  words I'm using, you just think it's a bad question,

17  please ask me to rephrase the question; okay?

18     A.   Okay.

19     Q.   If you answer my question, I'm going to assume

20  that you understood what I was asking; is that fair?

21     A.   That's fair.

22     Q.   This is not an endurance contest.  So if you

23  need a break for any reason, just let me know.  I would

24  ask that if I've asked a question, that you answer the

25  question and then take the break, as opposed to taking a

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 6

1  break while a question is pending.  Fair enough?

2      A.  Uh-huh.  Yes.

3      Q.  And I may take a break myself after about an

4  hour just because I find that that can be helpful.  You

5  know, you get in a back and forth in the questioning.

6          What is your full name?

7      A.  Wendell Holmes, Jr.

8      Q.  And your date of birth?

9      A.  8/23/1978.

10     Q.  Where were you born?

11     A.  Philadelphia, Mississippi.

12     Q.  You understand that you're under oath here

13  today; correct?

14     A.  Yes.

15     Q.  Just like you're in court; correct?

16     A.  Yes.

17     Q.  You understand that part of that is you swore

18  to tell the truth; correct?

19     A.  Yes.

20     Q.  Where do you currently live?

21     A.  5934 Rosie Lane.

22     Q.  It's R-o-s-i-e, I think?

23     A.  Yes.

24     Q.  And what is the city?

25     A.  Mableton.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 7

1    Q.   Georgia?

2    A.   Yes.

3    Q.   Is that Cobb County?

4    A.   Yes.

5    Q.   How long have you lived there?

6    A.   A little over four years.

7    Q.   Does anyone live at Rosie Lane with you?

8    A.   Yes.

9    Q.   Who?

10   A.   My wife.

11   Q.   What is her name?

12   A.   Kia.

13   Q.   How do you spell that?

14   A.   K-i-a.

15   Q.   Kia.  Does she have a middle name?

16   A.   Holmes.

17   Q.   How long have you and Kia been married?

18   A.   Seven years in May.  I do have a question.

19   Q.   Well, you don't really get to ask questions.

20   This is my chance to ask you questions.  You get to

21   answer them or not.

22   A.   I understand, but you're asking me questions

23   that I'm just wondering how they're related to all of

24   this.

25   Q.   Again, you don't get to ask questions.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                    March 20, 2025

Page 8

1    A.  So basically I can choose not to answer then.

2    Q.  No.  We can take it up with the judge.  I'm

3  asking you for basic background about who you are, where

4  you live --

5    A.  It's personal information.  I don't understand

6  how it ties to this case.

7    Q.  I'm going to continue to ask my questions.

8  And so when did you marry Kia?

9    A.  Seven years ago.

10    Q.  What day?

11    A.  May 22nd.

12    Q.  What year?

13    A.  19 -- 2018.  I don't recall.

14    Q.  May 22nd of 2018 you married Kia?

15    A.  That's correct.

16    Q.  Do y'all have any children together?

17    A.  No.

18    Q.  Is Kia your first marriage?

19    A.  Yes.

20    Q.  And you said you've lived at Rosie Lane for

21  how long?

22    A.  Four years.

23    Q.  Okay.  So you were -- you lived somewhere

24  other than Rosie Lane during the time you were married

25  to Kia?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 9

1      A.  Briefly.

2      Q.  Tell me about that.

3      A.  Tell you about what exactly?

4      Q.  You and Kia -- well, you said you moved to

5   Rosie Lane four years ago?

6      A.  Yeah.

7      Q.  Is that yes?

8      A.  I said yes.

9      Q.  You said that you've been married to Kia since

10   2018, since May 22nd of 2018.

11      A.  Okay.

12      Q.  So I'm wanting to know where -- have you

13   continuously lived with Kia for seven years, the entire

14   marriage?

15      A.  Yes.  We lived in an apartment before.

16      Q.  Okay.  That was my question.

17      A.  I don't know what you're asking, I mean,

18   because I moved out during this whole situation.  So I'm

19   not sure exactly what are you getting at.  So yeah.  Be

20   more specific with me.

21      Q.  I'm being very specific.  Before Rosie Lane,

22   you lived with Kia; right?

23      A.  Your question was not before Rosie Lane.  You

24   said during the time, have you lived anywhere else.

25   That's what you asked me.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 10

1    Q.   We're going to be here a long time if you --

2    A.   That's fine.  I got nowhere to go.

3    Q.   Let's not talk over each.  If you'll just

4  relax and answer my questions.  I'm just going to ask

5  questions.  That's what a deposition is.

6         Before Rosie Lane -- you were married to Kia

7  prior to moving to Rosie Lane; correct?

8    A.   Yes.  I've been married seven years.

9    Q.   Did you live with Kia anywhere prior to living

10  with Kia at Rosy Lane?

11    A.   Yes.  We were married seven years.  We lived

12  in an apartment before we moved to Rosie Lane.

13    Q.   What was that address at that apartment?

14    A.   I don't remember the address.  It was off of

15  Shallowford Road in --

16    Q.   2500 Shallowford Road, Apartment 8632,

17  Atlanta, Georgia?

18    A.   Yes.  That's it.

19    Q.   So that's where you lived with Kia before

20  Rosie Lane?

21    A.   Yes.

22    Q.   Have you lived anywhere other than that

23  apartment on Shallowford with Kia during the time that

24  you've been married to Kia?

25    A.   In that apartment, you asked?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 11

1       Q.   Please listen to my question.  You live at

2   Rosie Lane currently with Kia.  You lived at an

3   apartment on Shallowford Road with Kia prior to the

4   Rosie Lane.  During the time you've been married to Kia,

5   have you lived at any other address with Kia?

6       A.   Yes.  We moved from one apartment to the one

7   upstairs.  The address, I don't recall.

8       Q.   So you lived at two apartments at Shallowford?

9       A.   Yes.  In the same building.

10      Q.   Okay.  Other than the two apartments on

11   Shallowford and Rosie Lane, have you lived anywhere else

12   with Kia during the time you've been married to Kia?

13      A.   We lived at another one up the street.  I

14   don't recall the name of it.

15      Q.   Was that -- where did y'all get married?

16      A.   Here in Atlanta.

17      Q.   Did you live with Kia before the marriage at

18   all?

19      A.   Yes.

20      Q.   How long before the marriage did you live with

21   Kia?

22      A.   I don't recall.  We -- I don't recall.

23      Q.   Okay.  Was it like a year or like ten years?

24      A.   No.  It was probably three or four.

25      Q.   Three or four years?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                          March 20, 2025

Page 12

1      A.   Probably.  Somewhere.

2      Q.   You said you're originally from Mississippi;

3   correct?

4      A.   Correct.

5      Q.   When did you first move from Philadelphia,

6   Mississippi?

7      A.   2001.

8      Q.   So based on your age, did you graduate high

9   school in Philadelphia --

10     A.   I did.

11     Q.   What high school did you go to?

12     A.   Philadelphia High School.

13     Q.   And you said you graduated what year?

14     A.   '96.

15     Q.   And after high school, what did you do?

16     A.   I went to college.

17     Q.   Where did you go to college?

18     A.   East Central Community College.

19     Q.   Where is East Central Community College

20   located?

21     A.   Decatur, Mississippi.

22     Q.   Is that near Philadelphia?

23     A.   Yes.

24     Q.   And did you receive a degree or a certificate

25   or anything from East --

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                      March 20, 2025

Page 13

1      A.  Yes.  I received --

2      Q.   Again, please let me finish my question before

3  you start your answer; okay?  We're trying to make a

4  clear transcript.  Let me finish my question.  I'll let

5  you finish your answer.  We've established that in the

6  beginning; okay?

7          Did you graduate or get any sort of

8  certificate from East Central Community College?

9      A.  Yes.

10      Q.   What was that?

11      A.   A community college degree, associate's

12  degree.

13      Q.   You got an associate's from East Central

14  Community College in what year?

15      A.  I don't recall.

16      Q.   Okay.  I guess -- well, you left Philadelphia

17  in 2001, you said; right?

18      A.   Correct.

19      Q.   Were you living at home while you were going

20  to East Central Community College?

21      A.   No.  I was on campus.

22      Q.   Okay.  You said you got an associate's degree

23  at some point?

24      A.   That's correct.

25      Q.   Do you know how many years approximately it

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                                March 20, 2025

Page 14

1    took you to get the associate's?

2        A.  Two years.

3        Q.  So that takes you up to '98 or '99; right?

4        A.  Yes.

5        Q.  And your associate's degree, what is that in?

6        A.  Liberal arts.

7        Q.  After you obtained that associate's degree, do

8    you have any other schooling, education, trade

9    certificates, anything past that associate's degree?

10       A.  I went to school at University Southern

11   Mississippi right after community college.

12       Q.  Okay.  So you would had started at Southern

13   Miss in '98 or '99 right after you finished the

14   associate's degree?

15       A.  Approximately.

16       Q.  And did you obtain a degree or certificate or

17   anything else from Southern Miss?

18       A.  No, I did not.

19       Q.  What did you study while you were at Southern

20   Miss?

21       A.  I changed majors a few times.

22       Q.  When did you last take classes at Southern

23   Miss?

24       A.  I don't recall.  It's been a long time.

25       Q.  Fair enough.  Were you there more than a year?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                March 20, 2025

Page 15

1     A.  Yes.

2     Q.  More than two years?

3     A.  Yes.

4     Q.  All right.  Did you -- you moved to -- you

5   left Mississippi -- we're talking about Philadelphia --

6   in 2001.  So let's maybe backtrack on that.  That seems

7   like it would have had some overlap when you were at

8   Southern Miss; right?

9     A.  That wasn't your question.  Your question was

10  when I left Mississippi.  Those schools are still in

11  Mississippi.  I left Mississippi in 2001, which was your

12  question, when I left Mississippi.

13    Q.  And Southern Miss, that's in Hattiesburg,

14  isn't it?

15    A.  Hattiesburg.

16    Q.  Did you leave straight sort of from

17  Hattiesburg to move to Atlanta?

18    A.  No, I did not.

19    Q.  When you left Hattiesburg, where did you move?

20    A.  St. Louis, Missouri.

21    Q.  And what brought you to St. Louis?

22    A.  I was a touring musician.

23    Q.  What instrument?

24    A.  I play multiple instruments.

25    Q.  What instrument were you touring when you left

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                            March 20, 2025

Page 16

1   to go to Missouri?

2      A.  Drums.

3      Q.  How long were you in Missouri?

4      A.  From 2001 until 2005.  I moved to Atlanta in

5   2005.

6      Q.  During the time you were in Mississippi, you

7   worked as a professional musician?

8      A.  In Mississippi?

9      Q.  During the time you were in Missouri from 2001

10  to 2005?

11     A.  Oh, yes.  And I was also a substitute teacher

12  full-time.

13     Q.  Okay.  When you moved to Atlanta in 2005, what

14  brought you here?

15     A.  I wanted to live here.

16     Q.  When you moved to Atlanta, what part of town

17  did you move to?

18     A.  Sandy Springs.

19     Q.  And were you still working as a musician at

20  that time?

21     A.  Yes.

22     Q.  You currently work as a musician?

23     A.  I've always worked as a musician.

24     Q.  So in your adult life, other than, like,

25  substitute teaching and things like that, you've always

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                                    March 20, 2025

1   been a professional musician?

2        A.   Always been a professional musician.

3        Q.   We talked about Southern Miss where -- you got

4   your associate's from East Central and then you were

5   working on your bachelor's at Southern Miss, but didn't

6   complete it.

7              Do you have any education, certificates,

8   training, anything beyond Southern Miss?

9        A.   No.

10        Q.   I asked you before if you have ever been

11   deposed, but this question is kind of different.  Have

12   you ever been involved in a lawsuit prior to this

13   lawsuit?

14        A.   No.

15        Q.   First time you've ever been sued?

16        A.   Yes.

17        Q.   Never sued anybody?

18        A.   No.

19        Q.   Have you ever been arrested?

20        A.   Yes.  For suspended license.

21        Q.   About approximately when was that?

22        A.   It was years ago.  It don't recall what year.

23   But I got out immediately.  It was an error, a clerical

24   error.  I never should have been arrested.

25        Q.   And that was here in metro Atlanta?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                        March 20, 2025

Page 18

1      A.  That was here in Cobb County, but the ticket I

2   had got was in Kentucky.  And the ticket was paid.  They

3   didn't get it -- they didn't enter it into the system

4   and when I got pulled over for speeding, I got arrested.

5   I got out the same day because it was a clerical error.

6      Q.  Okay.  Other than that, no arrests?

7      A.  I don't recall any arrests.

8      Q.  Okay.  Have you ever filed bankruptcy?

9      A.  No.

10      Q.  At the Rosie Lane address, does anyone other

11   than Kia reside with you there?

12      A.  Yes.  Our dog.

13      Q.  Her dog?

14      A.  Our dog.

15      Q.  Your dog.  Okay.  I was asking about human

16   beings.  Any other human beings --

17      A.  No human beings.

18      Q.  Okay.  During the time that you lived at Rosie

19   Lane, has any other human being resided with you and Kia

20   there?

21      A.  No.

22      Q.  Does Kia have any children?

23      A.  No.

24      Q.  What is your telephone number?

25      A.  (404) 664-2943.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

1    Q.  Who is your cell phone provider?

2    A.  T-Mobile.

3    Q.  How long have you had that cell phone number?

4    A.  I don't recall the amount of years, but it's

5  been a long time.  Always had this number.

6    Q.  Fair enough.  And has T-Mobile been your

7  provider continuously?

8    A.  It was Sprint.  It's now T-Mobile.

9    Q.  When Sprint and T-Mobile sort of merged

10  together, you became a T-Mobile customer?

11    A.  Yes.

12    Q.  All right.  Do you have any social media

13  accounts currently?

14    A.  Yes.

15    Q.  Okay.  Tell me about those.

16    A.  Facebook, Instagram, TikTok.

17        MR. WEEKS:  All right.  Facebook, I think

18      there is some Facebook information in this case.

19      And I believe I found you on Facebook.  I'll go

20      ahead and mark this as 1.

21        (Plaintiff's Exhibit 1 was marked.)

22  BY MR. WEEKS:

23    Q.  This something that I found that has a guy

24  with some drums and it's Wendelldrum --

25  facebook.com\wendelldrum.  Is that your Facebook?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 20

1     A.  Yes.

2     Q.  Do you currently have any other Facebook

3  accounts other than this one?

4     A.  I believe I do.  I'm a musician.  I have

5  multiple Facebook accounts.  Music page, band page.

6     Q.  You have a music page and a band page?

7     A.  They are probably the same.  I'm not sure.

8     Q.  How about, like, individual?  I know some

9  people have more than one Facebook account.  I have

10  friends like that.  Do you have --

11     A.  I think I may have another one that's out

12  there that I don't use.  I mean, I don't really use any

13  of them, to be honest, but --

14     Q.  But the Wendelldrum, that would be your

15  primary Facebook account?

16     A.  I don't know if that's the -- everything is

17  under Wendell Holmes, Jr.  So I don't know if it's

18  Wendelldrum or not.  It could be.  That may be my band

19  page.  I'm not sure.

20     Q.  I looked for you on Instagram, but wasn't able

21  to find you.  What's the username on Instagram?

22     A.  Everything is under my name.

23     Q.  So if I put Wendell Holmes, Jr., in Instagram,

24  I should be able to find your Instagram page?

25     A.  Everything is under Wendell Holmes, Jr.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 21

1     Q.   TikTok?

2     A.   Everything is under Wendell Holmes, Jr.

3     Q.   Okay.  So if I -- you said you have a TikTok

4   account and that username is Wendell Holmes, Jr.?

5     A.   Yes.  Everything is under Wendell Holmes, Jr.

6   You can type Wendell Holmes, Jr., in any social media

7   account and I come up.  I don't go under any other

8   names.

9     Q.   Okay.  And that was my next question.  We

10   already talked about Facebook where you told me you got

11   a music page and a band page.  On Instagram, do you have

12   any other Instagrams other than Wendell Holmes, Jr.?

13     A.   Not that I know of.  Not that I created.

14     Q.   Under TikTok, do you have any other --

15     A.   No.

16     Q.   Let me finish my question, please.  Do you

17   have any other accounts other than Wendell Holmes, Jr.?

18     A.   No.

19     Q.   Do you have any dating apps?

20     A.   No.

21     Q.   Have you ever had any dating apps?

22     A.   Yes.

23     Q.   Let's talk about those.  What dating apps have

24   you had?

25     A.   Tinder at one time.  I think Bumble.  That's

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                                March 20, 2025

1  it that I can recall.

2     Q.  Okay.  You don't currently have a Tinder

3  account?

4     A.  No, I do not.

5     Q.  And you currently don't have a Bumble account?

6     A.  Do not.

7     Q.  When did you last have a Tinder account?

8     A.  I do not recall.

9     Q.  When did you last have a Bumble account?

10    A.  I do not recall.

11    Q.  You've used Tinder and Bumble during the time

12  you've been married to Kia; correct?

13    A.  Yes, I believe so.

14    Q.  So you have used Tinder or Bumble since 2018?

15    A.  Bumble, I think so.

16    Q.  Have you used Bumble in the last year?

17    A.  No.

18    Q.  Okay.  Used bumble in the last two years?

19    A.  I believe so.

20    Q.  You met Natalie Soto on Bumble; correct?

21    A.  I believe so.

22    Q.  Can you tell me approximately when you met

23  Natalie Soto on Bumble?

24    A.  I believe it was September of 2023.

25    Q.  Did you -- did you list yourself as single on

1  Bumble?

2     A.  I don't recall.  I don't believe I listed

3  anything.  I didn't have much information on there about

4  me.

5     Q.  All right.  Fair enough.

6     A.  I don't even believe Bumble even has you list

7  that.

8     Q.  Okay.  You don't believe that that was a

9  requirement?

10    A.  I don't recall, but I don't think that is.  I

11  know I didn't list anything.

12    Q.  Okay.  So if Ms. Soto said that you told her

13  you were single, would she be mistaken?

14    A.  That's not true.

15    Q.  That's not true?

16    A.  I told Natalie I was married.  And she told me

17  she was separated from her husband Jimmy at the time.

18    Q.  Okay.  Did you tell her you're separated from

19  your wife?

20    A.  I did.

21    Q.  And were you separated from your wife?

22    A.  Yes.  Legally, no.  We still lived in the same

23  house, but we were going through having issues at the

24  moment.  So yes.

25    Q.  Okay.  So you believe you met Natalie on

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 24

1   Bumble around September of 2023?

2       A.  Yes.

3       Q.  How long did you talk on the app before you

4   met each other?

5       A.  It was quick, man.  It was not long at all.

6   Maybe -- I don't recall the exact answer, but it wasn't

7   long at all.  I'll give it a couple of days before we

8   actually met.

9       Q.  Okay.  And did you go on a date or do you get

10  Netflix and chill?  What do you do when you first meet?

11      A.  Actually, she asked me to come over to her

12  apartment.

13      Q.  And where was her apartment located?

14      A.  I can look for the answer.  I don't know the

15  answer off the top of my head.

16      Q.  Like can you give me a sense of sort of where

17  in the metro area?

18      A.  It's 75 going towards Cartersville.  I just

19  don't recall the name of the little town.  It's a --

20  some type of building off to the right.  She lives on

21  the other side of that.  I don't recall.

22      Q.  So that's north of where you live?

23      A.  Yes.

24      Q.  Okay.  Somewhere up 75?

25      A.  Yes.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                                                            March 20, 2025

Page 25

1      Q.   Do you remember about long it took you -- did

2   you drive there or did she --

3      A.   Yes.  I always drove there.

4      Q.   Okay.  I didn't know because there was a

5   discussion about y'all only having one vehicle with the

6   judge.  Do you currently have one vehicle or two or

7   what's --

8      A.   One is down.

9      Q.   Okay.  At that point, y'all had two vehicles?

10     A.   Yes.

11     Q.   And so you would drive -- well, first time --

12     A.   My truck.  I always drove my truck, my Nissan

13   Xterra, 2008, silver.

14     Q.   And at least according to Natalie, her

15   relationship with you ended around January 1st, 2024, so

16   around New Year's day of 2024.  Would you agree or

17   disagree with that?

18     A.   I disagree.  I believe the last time I saw her

19   and we -- the last time we actually really talked, I

20   believe, was the week of Christmas or leading up to the

21   week of Christmas, because the last time I saw her she

22   gave me a bottle of cologne and something else.  I don't

23   recall what the other gift was, but a couple of gifts

24   she gave me, which was the week leading up to Christmas.

25          I believe Christmas was the top of week that

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 26

1   month -- that year.  So that was the last time I saw her

2   and I believe the last week we actually talked.

3       Q.   Okay.  Fair enough.  So the holiday season of

4   2023 was the end of your relationship; fair enough?

5       A.   Yes.

6       Q.   So we're just talking about a period from --

7   pretty short period from September of '23 to --

8       A.   Yeah.

9       Q.   -- the holiday season of 2023; correct?

10      A.   Yes, very short.

11      Q.   Were you and Natalie ever intimate?

12      A.   Yes.

13      Q.   How many times?

14      A.   I don't recall exactly how many times.  But if

15   I had to guess, maybe three.

16      Q.   Okay.  When you would hang out with Natalie,

17   was it always at her place?

18      A.   It was always at her place with the exception

19   of one time we went to Marietta Seafood Market, if I

20   recall correctly.

21      Q.   So like a dinner date?

22      A.   Yes.

23      Q.   Y'all went for dinner.  And then from that

24   point, did you go back to her place, or did you go home

25   and she went back to her place?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

1      A.   That I don't recall.  It has been so long ago.

2   It's a year and a half ago.

3      Q.   Okay.  Fair enough.  All right.  At any point

4   did you ask Natalie to loan you money?

5      A.   I did.  Well, I don't recall if I asked her to

6   loan me money, but I mentioned to her that I was having

7   issues with my truck.  And she mentioned that she wanted

8   to make sure I had transportation because she wanted to

9   see me and she wanted to make sure I can get around.

10         And at the time also I was preparing to have

11   surgery, and she wanted to make sure I can get to my

12   doctor's appointments.  So she volunteered to give me

13   money to get my truck fixed, in a nutshell.

14      Q.   Natalie says she loaned you a total of $1900

15   to fix your car and for drum and music equipment.  Is

16   that accurate?

17      A.   That's not accurate.

18      Q.   Okay.  Do you think it's more or less than

19   that?

20      A.   Way less.

21      Q.   Can you give me an estimate of what you think

22   it is?

23      A.   The question -- restate the question.  Was the

24   question that she loaned me money?  I want to make sure

25   I got the question --

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 28

1    Q.  Did she ever give you money?

2    A.  Yes.  She gave me money.

3    Q.  So there's times she gave you money and

4  there's times she loaned you money?

5    A.  There's times she gave me money.

6    Q.  Okay.

7    A.  She never loaned me money.  She gave me money.

8    Q.  So your opinion or your belief is that any

9  money she gave you was a gift and not a loan?

10     A.  It was because I didn't ask for a loan.  I

11  didn't -- we didn't come to an agreement of me paying

12  her back.

13     Q.  Okay.

14     A.  It was her wanting to help.  She was very

15  generous.  I will say that much.

16     Q.  You never promised to pay her back?

17     A.  I did tell her I would pay her back because

18  that's what I wanted to do.  It wasn't -- I don't

19  believe we had an agreement that I would pay her back.

20        But when I tried to pay her back, she told me

21  no.  You're having surgery, you're not working right

22  now, don't worry about it.

23     Q.  So your testimony is that she gave you gifts

24  that you then tried to repay, but she refused to accept

25  the repayment?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 29

1      A.   Well, I never said I tried to repay gifts.  I

2  tried to repay the $900 she gave me that I asked could I

3  give it back to her for fixing action my truck.  Which,

4  technically, you can look at it as a loan because I told

5  her I would repay her back.

6      Q.   Right.  That was going to be my next question.

7  There was an expectation of repayment --

8      A.   It wasn't -- I don't believe it was on her

9  end, but it was on my end.  I told her, I agree that I

10  will repay you this money back.

11      Q.   And your testimony is that you offered to, but

12  she refused you?

13      A.   I did.

14      Q.   And she refused?

15      A.   She refused.

16      Q.   All right.

17      A.   Can I go -- can I make a statement that you

18  kind of skipped over when we first met, if you don't

19  mind, leading up to the whole money thing.

20      Q.   Well, so here's the deal.  If you need to

21  explain an answer, you can tell me more.  But this is

22  sort of -- if it's not a direct answer to one of my

23  questions, then no.

24      A.   Okay.  You're just leaving a lot of

25  information --

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 30

1    Q.  Okay.  Tell me.  Tell me what you want to tell

2  me.

3    A.  Well, when you asked about us meeting the

4  first time, I went to her house.  I was telling -- we

5  was having a conversation while I was there about things

6  I had going on.  I had to go to Nashville, take a trip

7  to Nashville.  I believe it was the following week.

8  Don't quote me exactly on the date.  I think it was the

9  following week or two weeks later.

10        At the time she had two Range Rovers.  One, I

11  believe, belonged to her ex-husband Jimmy, a white one.

12  And another one that I believe belonged to her, which

13  was a Range Rover Sport.

14        She offered -- since I was having issues with

15  my truck, she offered to loan me one of her Range Rovers

16  to drive to Nashville.

17        Not only did she offer to loan me the Ranger

18  Rover, she said, Take my credit card and use it -- I

19  paid to get -- I've already paid to get it cleaned up

20  for you or I'm going to pay to get it cleaned up for

21  you.  Take my credit card, take the truck, take care of

22  the gas, whatever you need to do and bring the truck

23  back.  And that's -- so --

24    Q.  You took her up on that?

25    A.  I did.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 31

1    Q.  So you drove the Range Rover to Nashville and

2  back?

3    A.  Yes.

4    Q.  Okay.  And on the credit card, did you use

5  that for gas?

6    A.  I used it for gas and food because that's what

7  she told me to use it for.

8    Q.  Did she say anything about repaying her for

9  the charges on the credit card?

10    A.  No, sir.  As a matter of fact, she allowed me

11  to hold on to the card for probably a month even after I

12  tried to give it back to her when I returned the truck.

13    Q.  Okay.

14      THE COURT REPORTER:  Let me remind y'all this

15   is not just a normal conversation.

16      MR. WEEKS:  Yes, ma'am.

17      THE COURT REPORTER:  And the reason he's

18   asking you to wait until he finishes his question,

19   it's for my benefit.

20      THE WITNESS:  Got you.

21      THE COURT REPORTER:  Okay.  Thank y'all.

22    Q    (By Mr. Weeks) I'm not trying to be rude with

23  anything with the "is that a yes".  All that is just to

24  get us a clear transcript because at some point we may

25  need to use this if this thing proceeds and we want it

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 32

1   to be as clear and accurate as possible.

2      A.  Yeah.  May I make one quick statement?  So,

3   again, I've never been in this situation before.  I

4   don't know how this works.  My thing is I just want to

5   make sure -- if we're getting details, I just feel like

6   it's kind of one-sided.

7         So the reason why -- I didn't know if I was

8   going to be given a chance to tell my side of the story

9   because it seems like everything is just based off

10  everything she said.  So if --

11     Q.  Well, I'm her lawyer and this my chance to

12  take your deposition.  I'm not trying to trick you or

13  mislead you or anything.  There are certain things that

14  I want to ask about for Ms. Soto's case.

15        So this is my opportunity to ask you questions

16  under oath.  So it's -- it's not a trial.  And I can't

17  give you legal advice either about -- you know, I'm not

18  your lawyer.

19     A.  Yeah.  I'm not asking that.  But if my lawyer

20  was sitting here, would he not be able to ask questions

21  or ask her questions, because I was thinking she was

22  going to be here.

23     Q.  Now you're asking me legal questions.  I can't

24  advise you about what a lawyer would do or not --

25     A.  Because I'm representing myself.  That why I'm

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 33

1  asking.

2     Q.  Correct.

3     A.  Which means if I'm representing myself, if my

4  attorney was here and he was able to ask questions, I

5  should be able to ask question as my own representative.

6     Q.  Tell you what.  If you want to at the end,

7  anything you want to put on this record, feel free to.

8        Typically -- you're correct.  If there was a

9  lawyer here with you, at the end they could ask you --

10  once my questions are done.  So typically I get to ask

11  all my questions and then your lawyer would get to ask

12  any questions that they wanted to ask of you.

13        So if you want to put some stuff on the record

14  at the end, I'm fine with that; okay?

15     A.  Okay.

16     Q.  At some point during your relationship with

17  Ms. Soto, did she send you pictures of herself?

18     A.  Yes.

19     Q.  Did she send those via text message?

20     A.  I believe so.  Yes.

21     Q.  Did she send any through the Bumble app?

22     A.  That, I don't recall at all.

23     Q.  Do you use any other messaging app, like

24  WhatsApp or anything like that?

25     A.  Yes, I do.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 34

1    Q.   Did you ever use WhatsApp with Ms. Soto?

2    A.   I don't recall.

3    Q.   How about Snapchat?  Did you ever Snapchat

4  with Natalie?

5    A.   I don't have a SnapChat.  I'm not on SnapChap.

6    Q.   As far as you know, the only electronic

7  communication you would have had with Ms. Soto was on

8  Bumble initially and then via text message once you

9  exchanged numbers?

10    A.   Yes.

11    Q.   And did you talk on the phone in addition to

12  texting?

13    A.   At any time or --

14    Q.   Yeah.

15    A.   We very rarely talked on the phone.  Most of

16  our conversations were in person when I did see her or

17  through text messages.  I'm -- me and my wife lived

18  together.  So I couldn't be talking to her on the phone.

19    Q.   Did your wife know that you were talking to

20  Natalie?

21    A.   No.  I didn't discuss that with her.

22    Q.   I guess she knows now?

23    A.   Oh, she definitely knows now.

24    Q.   All right.  You said Natalie sent you some

25  photos at some point.  Can you give me an idea of how

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

1   many?

2       A.   Probably, if I had to guess, three off the top

3   of my head that I can remember.  It could have been

4   more.  I just know of three particular ones.

5       Q.   All right.  Did you ever send any photos of

6   yourself to Natalie?

7       A.   I don't recall ever sending any photo to her.

8       Q.   And those photos of Natalie, I've seen at

9   least two of them that show her exposed breasts.  Would

10  you agree with that?

11      A.   You said you've seen two?

12      Q.   Yes.

13      A.   Yes.  She did send me a couple of photos that

14  exposed her breasts.

15      Q.   You had at least two photos of Natalie of her

16  exposed breasts?

17      A.   Yes.

18      Q.   And that showed her nipple and aureola?

19      A.   I believe one did, yes.  The other one, I

20  believe, her hair was covering up.

21      Q.   Got you.  So Natalie has told me that at some

22  point she was suspicious because she had never been to

23  your house, instead you were always going to her house.

24      A.   Correct.

25      Q.   So she said she then looked you up online and

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                      March 20, 2025

Page 36

1   saw a picture of you with another woman which was your

2   wife.  And she asked you about it and you said -- told

3   her that that was just a good friend.  Do you agree or

4   disagree with that?

5       A.  I totally disagree.

6       Q.  Do you recall Ms. Soto ever asking you about a

7   photo of you and your wife that she found on social

8   media?

9       A.  Yes, I do.

10      Q.  Okay.  Tell me about that.

11      A.  I just recall her saying she looked me up on

12   social media.  This was early on.  This is September,

13   late September, right after we met.  She looked me up,

14   and her statement was basically if you're separated, why

15   are there current photos of you and your wife.

16        I said, Because she's my wife.  We're still

17   married.  We still celebrate family -- our families are

18   close.  That was my answer.

19      Q.  So you never told her that that was just a

20   good friend?

21      A.  Never.  Because I can't deny it.  It's all

22   over the internet.

23      Q.  All right.  And you said the relationship

24   ended around the holiday season of 2023; correct?

25      A.  Yes.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                        March 20, 2025

Page 37

1     Q.  Tell me about that.

2     A.  It's really not much to say other than I saw

3  her the week before Christmas, gave me a couple of

4  gifts.  She basically said I'm tired of not being able

5  to spend holidays with you because you're with your wife

6  and family.

7        And that was the last I heard from her until

8  March -- I mean February.  Yeah, February.  That's the

9  last we talked.

10     Q.  So you did talk her again in February?

11     A.  Yes.

12     Q.  And March?

13     A.  Yes.  No.  Yes.  February.

14        MR. WEEKS:  I'll hand you what I'm going to

15     mark as Exhibit 2.

16        (Plaintiff's Exhibit 2 was marked.)

17  BY MR. WEEKS:

18     Q.  Have you ever seen this post before?

19     A.  I definitely have.

20     Q.  And this is -- at the top, it's a group -- or,

21  I guess, a group on Facebook.  Would you agree it's a

22  group?

23     A.  Yes.  A large group.

24     Q.  A group, Are we dating the same guy,

25  Atlanta/Athens/Marietta/Georgia.  You see that?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 38

1      A.  Yes.

2      Q.  Atlanta/Athens/Marietta/Georgia.  And it looks

3  like Natalie posted, If you come across him, run.  Do

4  you see that?

5      A.  Yes.

6      Q.  And there were people who had commented

7  underneath this image; correct?

8      A.  Yes.

9      Q.  How did you first become aware that Natalie

10  had posted -- this is a picture of you; right?

11      A.  It is.

12      Q.  How did you first become aware that Natalie

13  had posted a picture of you on the Are we Dating The

14  Same Guy group on Facebook?

15      A.  From my recollection, my sister-in-law, who

16  was contacted by Natalie about me, my sister-in-law

17  anonymously contacted my wife, told her about this while

18  she was at work.  So my wife contacted me and told me

19  about this.  So I found out through my wife.

20      Q.  I imagine she wasn't happy?

21      A.  She wasn't happy at all.

22      Q.  This photo here, was this -- was this from

23  Bumble or something?  Or do you know where she --

24      A.  I believe it had to have been from Bumble.

25      Q.  This is a photo that you used on your Bumble

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                    March 20, 2025

1   profile?

2       A.  Yes.

3           (Plaintiff's Exhibit 3 was marked.)

4   BY MR. WEEKS:

5       Q.  This is 3.  This is another -- this was posted

6   underneath the Are We Dating The Same Guy post; right?

7       A.  Yes.

8       Q.  And this is a post from Natalie; right?

9       A.  Yes.

10       Q.  And Natalie says, If you come across this man

11   Wendell on a dating site, run.  He is still married.  He

12   will try to convince you otherwise.  They live together.

13   He owes me money that is refusing to pay me back from

14   getting his truck fixed and for some of his drum

15   equipment he wanted.  He had every excuse in the book

16   about why there are pictures of him and his wife

17   together and why they spend holidays together, but they

18   are supposedly not together.

19           I tried messaging his wife today to tell her

20   to tell him to give me back my money, but I guess she

21   think it's a joke lol, l-o-l, and won't message me back.

22   So bottom line is run.

23           You see that?

24       A.  (Witness nods head.)

25       Q.  So is this -- when you got the call from your

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 40

1   wife who was contacted by, I guess, her sister about

2   this, is this what you saw?

3       A.  Yes.  This was sent to me.

4       Q.  This was sent to you by your wife?

5       A.  Yes.

6       Q.  What did you think?

7       A.  I lost my cool and my head.

8       Q.  Okay.  Why --

9       A.  My wife was very angry.  She was -- yeah --

10   ready -- yeah, risk it all.

11       (Court reporter requested clarification.)

12       THE WITNESS:  She was ready to risk it all.

13     That's a saying that people use.

14   BY MR. WEEKS:

15       Q.  All right.  Natalie tells me that your

16   sister-in-law told her that she was well aware of your

17   philandering and had been for a while.  Would you agree

18   or disagree with that?

19       A.  I don't agree -- what part, her being aware?

20       Q.  Your sister-in-law told Natalie that they were

21   aware that you had been philandering?

22       A.  I'm aware of that comment, yes.

23       Q.  Made by your sister-in-law to Natalie?

24       A.  Yes.

25       Q.  And she said that her and her other

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 41

1   sister-in-laws were going to confront you about that;

2   correct?

3      A.  I never saw that part.  I don't know if that's

4   true or not.

5      Q.  Okay.  All right.

6      A.  I mean, these are messages between them.  I'm

7   only getting what my wife gets.

8      Q.  All right.  Have you ever had any other phone

9   number other than -- in the last five years other than

10  the one you gave me --

11     A.  Yes.

12     Q.  -- earlier?  What other --

13     A.  Yes.

14     Q.  What other phone numbers have you had in the

15  last five years other than the one you gave me earlier?

16     A.  I have a Google number.

17     Q.  And what is that?

18     A.  The number?

19     Q.  Yes, sir.

20     A.  I would have to look at my phone.  I don't

21  know it by heart.

22     Q.  Can you do that?

23     A.  Sure.  It's on one of these papers, I know for

24  sure.  (201) 540-9457.

25     Q.  And that is your Google voice number?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 42

1    A.  Yes, sir.

2    Q.  And you use that for business?

3    A.  I use it for different things.

4         (Plaintiff's Exhibit 4 was marked.)

5  BY MR. WEEKS:

6    Q.  All right.  This is a text thread that Natalie

7  provided to me that she received on February 22nd, 2024.

8  And at the top of this thread it has (201) 540-9457.

9  You see that?

10    A.  Yes, sir.

11    Q.  And you just told me that was your Google

12  number?

13    A.  It is.

14    Q.  And the first text comes in at 1:24 p.m. on

15  February 24th, 2024; correct?

16    A.  Yes.  That's what it says.

17    Q.  And that is essentially a screenshot of what

18  we just marked as Plaintiff's 3; correct?

19    A.  Yeah.

20    Q.  And so on this day, February 22nd, 2024, you

21  sent that screenshot to Natalie?

22    A.  Yes.  I believe so.

23    Q.  And then Natalie says, Who is this?  I guess

24  you have two phone lines.  That's nice to know.  You

25  messed with the wrong person.  Karma works in mysterious

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                    March 20, 2025

1   ways.  That's all I'm going to say.

2        You see that?

3   A.  Yes, sir.

4   Q.  And that's what Natalie said to you; correct?

5   A.  Yes.

6   Q.  And underneath that it says, All good.  I

7   warned you time to play.  Did you say that?

8   A.  Yes.

9   Q.  And that's what you told Natalie?

10   A.  That's exactly what I told Natalie.

11   Q.  And then the next thing you say on the second

12   page there is, All good I warned you.  Time to play your

13   game better.  You see that?  Second page there.

14   A.  Yeah.

15   Q.  That's what you said to Natalie; right?

16   A.  Yes.

17   Q.  And in response, Natalie said, You're just mad

18   because I busted up your little game so all these women

19   that you've been playing for all these years and playing

20   your wife who doesn't deserve what you do to her and I

21   told you that so you can go do whatever the fuck you

22   want.  I don't give a fuck because you don't even know

23   who the fuck I am so go ahead and try me.

24        See that?

25   A.  Of course I see it.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 44

1    Q.  That's what Natalie said to you?

2    A.  Yes, sir.

3    Q.  And then Natalie said, And your wife deserves

4  so much better than what you do to her so you're just

5  mad because you got caught.

6         That's what Natalie said to you; correct?

7    A.  What Natalie said to me.

8    Q.  And then she says, For someone who votes

9  themselves -- I think she might have meant "devotes",

10  but somebody who votes themselves to the Lord, you sure

11  are manipulator you're a user and you think you're like

12  the best thing ever when the man upstairs, the one you

13  have to answer to not to me not anybody else with the

14  man upstairs when it's your time, so I don't know how

15  you can go and sit in church being the way that you are.

16         See that?

17    A.  Yes, sir.

18    Q.  That's what Natalie said that to you; correct?

19    A.  Yes.

20    Q.  And in response you said, Don't forget to lock

21  your doors, poo emoji; correct?  You said that to

22  Natalie; correct?

23    A.  Yes, sir.

24    Q.  And then you said, Not mad at all, I get even.

25  I can play better.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                        March 20, 2025

Page 45

1        That's what you said to Natalie; right?

2        A.  That's what I said to Natalie.

3        Q.   And then Natalie said, Don't you have the

4    first find me first and I haven't even been staying at

5    my new house, so good luck on that one.  And your

6    threats don't even scare me, so good luck on that one

7    you're just mad and being petty.

8        That's what Natalie said; correct?

9        A.  Correct.

10        Q.   And the next thing that you said is, You are a

11    dumb bit bitch.  You knew I was married.  You look

12    stupid but you knew you were slow and stupid.  My wife

13    can't believe I would even talk to someone as ugly as

14    you, lol, and she's right.  You really a trailer park

15    trash hoe.  You and your daughter.

16        You said that; correct?

17        A.  I did.

18        Q.  Oh trust I can find you, lol.

19        You said that; correct?

20        A.  L-o-l.

21        Q.  That's "laugh out loud"; correct?

22        A.  Yes.

23        Q.  You said that?  You're telling Natalie you

24    could find her; correct?

25        A.  Yes.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 46

1      Q.   Then you said, You got til noon to delete

2   everything you posted about me on this Facebook group

3   before I make your life a living hell and really expose

4   you.  You out here looking like boo boo the fool for

5   giving me cash for -- okay.  This continues on to the

6   next page.  You see that?

7      A.   I'm here.

8      Q.   Okay.  You're ahead of me.  You look like boo

9   boo the fool for giving me cash for my truck e-t-c

10  knowing I'm married.  You and your daughter are both

11  really stupid slow ass chicks.  You think this makes me

12  look bad and people sorry for you.

13        Do you see that?

14     A.   I do see it.

15     Q.   That's what you said; correct?

16     A.   That's what I said.

17     Q.   And Natalie said, Just so you know, your words

18  don't hurt me and no, I did not know you were married

19  until I found out myself and you said you weren't even

20  sleeping with her nothing so give me a fucking break

21  you're the liar you're the cheater you're the adult

22  that's the number one center at God's eyes so go ahead

23  you're going to have to speak your mind to God not to me

24  to God so go blow your bullshit to somebody else because

25  your fucking words don't hurt me I don't give a fuck

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 47

1   about you nothing.

2        That's what Natalie said; right?

3        A.  That's what she said.

4        Q.  And then you said, Sorry ass stripper pole

5   videos, they suck, you suck, you really should go get a

6   job stripping.  You wouldn't make much cash though.  You

7   really out here looking like a clown emoji on Facebook

8   thinking you saving the world.  Like I'm so mad I even

9   gave a dumb bitch like you my number.  You really are

10  mentally slow.

11       You said that?

12       A.  I did.

13       Q.  Your words don't hurt me lol.  Go enjoy life

14  in that ugly ass shack house with your funky ugly dog.

15       You said that; correct?

16       A.  Yes.

17       Q.  Since you want to look like a victim, we're

18  going to make sure these receipts get out there to

19  everybody.

20       You said that; correct?

21       A.  I did.

22       Q.  And then Natalie says, No.  It's called you

23  owe me money and I think everybody needs to know exactly

24  who you are and what a liar you are and how you use

25  people and how you want them to be dumb thinking that oh

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 48

1  you're single and you don't sleep with your wife and you

2  live by yourself, blah, blah, blah, so go fuck off,

3  Wendell.

4        That's what Natalie said; correct?

5    A.  That's what she said.

6    Q.   And then she said, But you'll never be able to

7  pay me back because your wife obviously supports you, so

8  that's it and all the little bitches you fuck around

9  with.

10        That's what Natalie said; correct?

11    A.  Yeah.

12    Q.  And you said back to her, Natalie you ain't

13  getting a dime from me.  Go to hell.  And you are a

14  dummy.

15        That's what you said; right?

16    A.  That's what I said you.

17    Q.  And then you said, So all of this is

18  pointless.  You wasting time energy and you looking like

19  a fool and you still won't get a dime from me.  So have

20  accomplished absolutely nothing, zero, nada, laughing

21  crying emoji; correct?

22    A.  Yes.

23    Q.  And that's what you said; correct?

24    A.  Yes.

25    Q.  And next you said, Maybe I'll post some of

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                                    March 20, 2025

1  your nude photos on that same chat, dot, dot, dot then

2  we will see how you look to all these women.

3        You said that; correct?

4    A.  I did.

5    Q.  You said that on February 22nd, 2024; correct?

6    A.  Correct.

7    Q.  Then you said, And I got all the receipts.  I

8  didn't delete my messages boo.

9        You said that to Natalie; correct?

10   A.  Uh-huh.

11   Q.  Yes?

12   A.  Yes.

13   Q.  You still want to go on this vacation with

14  you, laughing emoji, oh I got some even better ideas.

15       You said all that; correct?

16   A.  I did.

17   Q.  All right.

18   A.  That's it?

19   Q.  Those are the ones I had questions about for

20  right now.  This is February 22nd, 2024.

21       Natalie tells me that she received a message

22  from a woman named Dawn Douglas that she did not know on

23  Friday, February 23rd, 2024.  So do you know somebody

24  named Dawn Douglas?

25   A.  No, I don't know Dawn.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                          March 20, 2025

Page 50

1    Q.   Never met her?

2    A.   Never met her.

3    Q.   Dawn had made a post on -- a public post on

4    the If You See This Man Run Facebook we looked at

5    earlier; correct?

6    A.   Correct.

7    Q.   And you had texted Dawn on Instagram, Facebook

8    and text message after she made that post on the public

9    group Are We Dating The Same Man; correct?

10   A.   One, I don't have her number.

11   Q.   Okay.

12   A.   And, two, no.  I didn't message her.

13   Q.   You never messaged Dawn Douglas?

14   A.   No.

15       (Plaintiff's Exhibit 5 was marked.)

16   BY MR. WEEKS:

17   Q.   I'll hand you under this.  It's redacted

18   through the breast.  All right.  So this says Wendell

19   Holmes, Jr., at the top; right?

20   A.   It does.

21   Q.   And you sent a message that says, So it's

22   stupid that these pages don't allow the man to come on

23   and have a say so, dot, dot, but it's all good.  I don't

24   have to answer to any of you.  Just be careful with this

25   shit, it may not be as cool and fun full of games as you

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 51

1   may think, dot, dot, oh, I got plenty of receipts, dot,

2   dot, dot.

3        You see that?

4   A.  I do.

5   Q.  And that's what you said; correct?

6   A.  I didn't say this.

7   Q.  You did not say this?

8   A.  I didn't send this.

9   Q.  You did not send this.  Okay.  And underneath

10   there, there are five photos.  You see that?

11   A.  Yeah.

12   Q.  And do you recognize any of these photos?

13   A.  I recognize two of them.

14   Q.  Which ones do you recognize?

15   A.  Natalie, the last two.

16   Q.  The third one on the right on the top and

17   first one on the bottom row on the left are both of

18   Natalie; correct?

19   A.  Yes.

20   Q.  Those are pictures that Natalie had sent you

21   during the time y'all were talking?

22   A.  Yes.

23   Q.  You sent them out to this group; correct?

24   A.  No.

25   Q.  You sent these out to Dawn Douglas?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 52

1      A.  No.

2      Q.  What's your explanation for this then?

3      A.  We got time to go through the explanation?  I

4  mean, she's typing all this so -- I got a long

5  explanation.

6      Q.  Okay.  That was my -- answer my question.

7  What is your explanation for your name being --

8      A.  My explanation is anybody could have created

9  this and sent this.  That's my explanation.  I didn't

10  send this.

11      Q.  Okay.

12      A.  And also my explanation for my social media is

13  multiple people, including Natalie, has access to my

14  social media because she knows my login.  Me and Natalie

15  got very close, very personal.  She knows my login.  My

16  wife knows my login.  My sister-in-law knows my login.

17  And there is no telling who else, because the only thing

18  I post on social media is basically about music.  So I

19  have nothing to hide on social media or keep secret.  My

20  pages are open.

21      Q.  Well, you admitted the day before you told

22  Natalie maybe I'll post some of your nude photos on that

23  same chat, then we'll see how you look to all these

24  women; correct?

25      A.  I did make that statement.  This is not the

Page 53

1   same chat.  This looks like a personal message.  This is

2   not a chat.

3       Q.  I understand.  In the chat with Natalie you

4   threatened her the day before to post her nudes;

5   correct?

6       A.  I made a lot of statements in the heated

7   exchange.  We both made threats towards each other.  I

8   would never act on those threats.  I was angry at the

9   time.

10      Q.  So you admit that you threatened to post

11  Natalie's nudes on the same chat; correct?

12      A.  On the same chat Are We Dating The Same Man.

13  But here's the key.  Men can't get on that site.  So

14  only a female could post it on there.

15      Q.  This says Wendell Holmes, Jr., at the top,

16  though; correct?

17      A.  We're talking the chat right now, the group

18  chat, we're talking about.  In the message that you're

19  referring to with Natalie, we've talked me posting on

20  the group chat Are We Dating The Same Man.  I can't

21  get -- no man can get access to that chat.

22      Q.  But you threatened to post her nudes on that

23  chat?

24      A.  I did.  But I can't get in it.  So it was

25  basically a lie threat to get her to take the post down.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 54

1      Q.   Okay.  And you told her she had until noon on

2   February 23rd to delete everything before you made her

3   life a living hell and you exposed her.  We already

4   talked about that; right?

5      A.  We did.  Again, it was in that same heated

6   argument.  No intent to act on it.

7      Q.   So if Ms. Dawn said she received this from

8   you, she's lying?

9      A.  I don't know if she -- I don't -- she didn't

10   receive it from me personally.  So yes, she would be

11   lying.

12      Q.   She received it from your Facebook account?

13      A.  Yes.  She's lying.

14      Q.  Dawn is lying about receiving this

15   message that we're looking at here --

16      A.  From me.

17      Q.  Let me --

18        THE COURT REPORTER:  One at a time, please.

19      Q    (By Mr. Weeks) Dawn is lying about receiving

20   what we've marked as Plaintiff's 5 from your Facebook

21   account?

22      A.  I don't have the answer to that.  I didn't

23   send it.  That's the answer.

24      Q.  Who sent it then?

25      A.  I have no idea.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 55

1      Q.   They're pictures of Natalie; right?

2      A.   They are.

3      Q.   And you said you think Natalie sent these from

4   her cell to --

5      A.   Natalie, I don't put nothing past this young

6   lady.

7      Q.   Do have any -- has she ever logged in to your

8   Facebook before?

9      A.   Yeah.  She knows my passwords.  They are all

10   the same to all my social media.

11      Q.   That wasn't my question.  Do you know if

12   Natalie has ever logged into your Facebook account?

13      A.   I said yes.

14      Q.   You believe that she has or you know that she

15   has?

16      A.   I know she has.  I've been with her when she

17   has.

18      Q.   When did she last do that?

19      A.   It was probably one of the days we were

20   sitting around in her crib just chilling back in

21   October.

22      Q.   So in October when y'all were hanging out,

23   she's logging into your Facebook account?

24      A.   Yes.

25      Q.   Why?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 56

1      A.  Because she wants to look at my Facebook

2   account.  First of all, she's trying to argue with me at

3   that period of time that I'm -- I'm not -- if I'm seeing

4   other chicks or whatever and if me and my wife are

5   separated.  So I'm like, You can look through my stuff

6   yourself.

7      Q.  So she looks through your phone on your

8   Facebook account?

9      A.  Yes.

10      Q.  But she didn't actually --

11      A.  She logged in, is what I'm saying.

12      Q.  She logged into your Facebook account on her

13   phone?

14      A.  On my phone.

15      Q.  So you weren't logged into your Facebook --

16      A.  I wasn't logged in.

17      Q.  Please let me finish my question.  You keep

18   interrupting me and I'm trying to be -- stay calm.

19        Natalie, you said, looked through your

20   Facebook account.  So you -- and I want to see how that

21   happened.  So she asked you about your Facebook and you

22   hand her your phone?

23      A.  Yeah.

24      Q.  And I know, at least, on my phone I'm logged

25   into Facebook.  Were you are not logged into Facebook?

Page 57

1      A.   No, I was not.  I don't even have the apps on

2   my phone.  You have to actually type in Facebook, go to

3   it and log in at that time.

4      Q.   Like through a web browser?

5      A.   Web browser or the app will come up.  I don't

6   keep the apps on my phone.

7      Q.   Well, if the app would come up, you would have

8   to have the app installed in order for it to come up.

9      A.   It's installed, but it's not -- you have a

10  list of apps.  Facebook, Instagram apps aren't on my

11  pages.  You have type it in in the search at the bottom.

12  The app appears, you log in.

13     Q.   You don't have a shortcut for the app, but the

14  app is installed on your phone; correct?

15     A.   Yes.

16     Q.   Natalie then goes -- do you have an iPhone or

17  an Android?

18     A.   I have an iPhone.

19     Q.   So she had to go to the App Store and type in

20  Facebook in order to be able to open it?

21     A.   That's not how I explained it.  You go to the

22  bottom -- I didn't say you go to the App Store.  You go

23  to the bottom of the search -- would you like me to

24  demonstrate it?

25     Q.   Sure.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                    March 20, 2025

Page 58

1      A.  If you go through here on my phone, there is

2   no Facebook, Instagram.  But you go here, if it don't

3   pop up there, you can just type in Instagram.

4      Q.  Type in Facebook.

5      A.  (Witness complies.)

6      Q.  All right.  So when you do that, you don't

7   have to type in a password; correct?

8      A.  Now you don't.  If I'm logged in, you don't.

9   But if I'm not logged in, yes, you have to type it in.

10  It depends on what I've been doing, if I'm logged in or

11  not.

12     Q.  So your testimony is in October Natalie took

13  your phone --

14     A.  She didn't take it.  I gave it to her.

15     Q.  You gave Natalie your phone and she did what

16  you just did there and tapped Facebook; right?

17     A.  (Witness nods head.)

18     Q.  Is that a yes?

19     A.  Yes.

20     Q.  And at that point your testimony is that you

21  did not have -- you were not logged into your Facebook

22  account?

23     A.  No.

24     Q.  And what happened next?  Did she ask you --

25     A.  She said, What's the login?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                    March 20, 2025

Page 59

1      Q.  Try to wait, please.  I'll try to do the same.

2   It's really bad for the transcript.

3           So you hand her your phone and she asked

4   you -- so she hit the Facebook -- it's just the login

5   page at that point?

6      A.  Yes.

7      Q.  Was your username populated?

8      A.  What do you mean?  I don't understand.

9      Q.  In the login page for Facebook, was your

10  username listed there, your email address or your

11  username for Facebook?

12      A.  I don't recall any of that.  I just know you

13  have to put in the password because sometimes -- I

14  haven't done it in a while.  Sometimes the email may be

15  listed there, but then you have to type in the -- it may

16  ask for the password.

17      Q.  And that's what I'm getting at.  Your

18  testimony is in October you had to put in a password;

19  right?

20      A.  Yes.

21      Q.  So when you handed her the phone and you

22  opened it up, were both username and password blank?  Or

23  was it a thing with your photo and your username with

24  just a blank password thing and then you had to enter

25  the password?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                        March 20, 2025

Page 60

1     A.  I don't recall that.  I just know she had to

2  log in.

3     Q.  You don't recall whether it was logged out,

4  but you recall her having to log in?

5     A.  I recall she needed my password because she

6  asked me what was my password.  That's what I recall.

7     Q.  And so at that point, Natalie asked you what

8  your password is?

9     A.  Yes.

10     Q.  And you told her?

11     A.  Yes.

12     Q.  And then she logged into your Facebook?

13     A.  Yeah.

14     Q.  I don't need to know your password, but is it

15  something you think she could have remembered?

16     A.  Yeah.

17     Q.  Okay.  You believe that Natalie has concocted

18  this story against you?

19     A.  I don't use -- I don't use hard passwords.  I

20  use very easy, like Drum1978.

21     Q.  Don't tell me your password.

22     A.  That's not my password.  I'm giving you an

23  example.

24     Q.  So other than that, are you aware of Natalie

25  ever logging into any of your accounts?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 61

1      A.   I don't know what she's done.

2      Q.   That's my question.  Are you aware of any?

3      A.   I don't know.

4      Q.   You're not aware?

5      A.   No, I'm not aware.

6      Q.   Thank you.  So the only time you claim that

7  Natalie ever logged into any of your accounts was that

8  one time in October when she logged into your Facebook?

9      A.   Yeah.  I was sitting right there.  Yes.  That

10  I gave her permission to do it.

11      Q.   How about without permission?  You don't know

12  that Natalie's ever --

13      A.   I wouldn't know --

14      Q.   Let me finish my question.

15      A.   Well, you tell me when you're finished next

16  time.  Then I'll talk.  So I don't have to guess.

17      Q.   Sir, I was still actively talking.  I was in

18  the middle of a sentence.  And you've done this a lot.

19          In October, you're with Natalie and you claim

20  she wanted to look at your Facebook account; right?

21  Right?

22      A.   Right.

23      Q.   Okay.  And at that point when she wanted to

24  look at your Facebook account -- we've already gone over

25  it -- you claim that you were not logged in; correct?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 62

1    A.  Correct.

2    Q.  And you claim that Natalie had your phone and

3   asked you for your password; correct?

4    A.  Yes.

5    Q.  And you claim that you gave your password to

6   Natalie on that day in October and she logged into your

7   account; correct?

8    A.  Yes.

9    Q.  My question is do you have any knowledge of

10  Natalie ever logging into any account that belonged to

11  you, being Facebook, being email, being anything else,

12  other than the time you have told me about in October

13  when she was next to you and you gave her your password?

14   A.  I don't have any knowledge.

15   Q.  Okay.  So when you say it might have been

16  Natalie, you're just speculating; correct?

17   A.  Yes.  All of this is speculation.

18   Q.  But you don't dispute that someone from your

19  account sent this to Dawn Douglas; correct?

20   A.  I'm not -- I'm not saying whether I dispute

21  anything because I don't know if that's actually my

22  account.  It's just my name at the top with a photo of

23  me.  So I don't know if that's my account or not.

24   Q.  Well, you would have seen it on your account;

25  correct?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 63

1      A.  I don't have that in my account.  I haven't

2   seen this in my account.  So no.

3      Q.  Okay.  So if Dawn says she received this from

4   your account, she is lying?

5      A.  I don't know what Dawn is.  I haven't talked

6   to Dawn.

7      Q.  Well, if it had been sent from your account in

8   Facebook Messenger, it would have been in your Facebook

9   Messenger's out message; correct?

10      A.  I don't know.  It's not in my Facebook

11   Messenger.

12      Q.  That's not my question.  If it was sent from

13   your account, it would be in your outbox on Facebook

14   Messenger?

15      A.  I don't know.  That's my answer.

16      Q.  You don't know if would be in your outbox on

17   Facebook Messenger if you sent it from your Facebook

18   account?

19      A.  I didn't send it.  So I don't know.  I didn't

20   sent it.

21      Q.  You don't know if it would be in your outbox

22   if it was sent from your Facebook account?

23      A.  No, I don't know.

24      Q.  When you send a message on Facebook Messenger

25   or anyone sends a message on Facebook Messenger, it

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

1   remains in the outbox until it's deleted.  Would you

2   agree or disagree with that?

3       A.   Correct.  When I send a message, yes.

4       Q.   Okay.  When anything is sent from your account

5   on Facebook in Facebook Messenger, it appears in an

6   outbox; correct?

7       A.   Yes.  If I send a message, it does appear.

8   You're trying to trick me.  You're not going to trick

9   me, dude.  I see what you're doing.

10      Q.   Your account on Facebook, anything that is

11   sent from that account would be in the outbox of that

12   account.  Would you agree or disagree with that?

13      A.   Typically, yes, it is.

14      Q.   And this, according to Dawn Douglas, was sent

15   from your account to her account; okay?

16      A.   Okay.

17      Q.   So this should have appeared in your outbox of

18   your account whether it was sent by you or someone else

19   accessing your account; correct?

20      A.   If you say so.

21      Q.   You don't disagree with that; correct?  That's

22   the way technology works.

23      A.   That's not in my account.  That's all I know.

24   That's my answer.  It's not in my account.

25      Q.   You don't get to rewrite my question, Mr.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 65

1    Holmes.  Your account sent this message to Dawn Douglas?

2        A.  I don't have any proof that my account sent

3    it.

4        Q.  Well, that's what I'm trying to figure out is

5    what proof there is or isn't.  Do you look through your

6    Messenger?

7        A.  I really don't.

8        Q.  Can you look through it right now?

9        A.  I tried to look for this because I saw this

10   before that she sent it.  It's not in my account.  And

11   I've said that ten times.  It's not in my account.  I

12   don't know how many times I got to keep saying it.

13       Q.  Your testimony is this was not sent from your

14   account to Dawn Douglas?

15       A.  My testimony is I didn't send anything to Dawn

16   Douglas from my account.  That's my testimony.

17       Q.  That's not my question.  It's your account and

18   you have access to it.

19       A.  I don't have any proof this is my account.

20   You keep trying to make me say this is my account.  I

21   don't know if that's my account.  I didn't send this.

22   It's not in my account.  So I can't tell you if I sent

23   it.  You're not going to make me say that.

24       Q.  I'm not trying to make you say anything.  I'm

25   trying to get your testimony.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                          March 20, 2025

Page 66

1        So -- and I get that you say you didn't send

2    this.  You've told me that.  But do you know if your

3    account sent this or not?

4        A.  I don't know.  I looked for the messages.

5    They are not in my phone.

6        THE COURT REPORTER:  When you get to a good

7        spot.

8        MR. WEEKS:  Okay.  This is as good as any.

9        We'll take a few-minute break.  We've been going

10        about an hour and 20 minutes.

11        Q    (By Mr. Weeks) How long a break would you

12    like?

13        A.  I don't need a break.

14        Q.  Well, sir, the court reporter would like a

15    break.

16        A.  I'm telling you I don't need a break.  So

17    however long she needs, that's how long we need.

18        MR. WEEKS:  Thank you.  Let's do about ten

19        minutes.

20            (Brief recess.)

21    BY MR. WEEKS:

22        Q.  Mr. Holmes, you sent an email to the court a

23    couple of days ago saying you needed a work excuse;

24    correct?

25        A.  Correct.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                      March 20, 2025

Page 67

1     Q.   Okay.  And then Danielle Bird sent an email to

2   me asking me to provide some documentation for you.  Do

3   you recall that?

4     A.   Yes.

5     Q.   And I sent you a copy of your notice of

6   deposition; correct?

7     A.   Correct.

8     Q.   And in response, you said, I'm good.  I didn't

9   did ask for anything from you.  Not sure why Danielle

10  attached all of you on an email about this.  I guess

11  y'all all working together, shrug emoji, cool.  Did you

12  send that to myself and Danielle at the court?

13    A.   I sure did.

14    Q.   What did you mean by that?

15    A.   Exactly what I said.  Danielle works for the

16  court.  And if I'm asking her something from the courts,

17  I'm not sure why she's including you guys because I

18  didn't ask you guys.  If I needed something from you or

19  you guys, I would ask you guys.  I sent her a specific

20  email, just her.

21    Q.   So the court is working with us against you?

22    A.   Again, I just explained why I asked that or

23  said that.  I couldn't understand why she attached --

24  you already sent me that information that you sent me.

25  I couldn't understand why she attached all of y'all when

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 68

1    I didn't message all of y'all on the email.  I sent her

2    a direct message between me and her.  So it was private,

3    personal.

4         Q.  Do you think Danielle and the U.S. District

5    Court is working and conspiring with me to come after

6    you?  Is that what you're trying to say?

7         A.  I have no idea.  I have never ever been this

8    situation.  I don't know what you guys are doing.

9         Q.  But you accused us of working together;

10   correct?

11        A.  I did not.  I said -- I don't remember.  What

12   does it say again?

13        Q.  I guess y'all all working together, shrug

14   emoji, cool.

15        A.  Yes.  So to me it looked like y'all are

16   working together, if everybody is attached on the email,

17   people that I did not bring into this chat.

18        MR. WEEKS:  Okay.  I'm going to hand you I'm

19        going to mark as 6.

20        (Plaintiff's Exhibit 6 was marked.)

21   BY MR. WEEKS:

22        Q.  Have you seen this document before?

23        A.  Yes.

24        Q.  Okay.  And that's a three-page document you

25   filed with the court; correct?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 69

1      A.   Yes.

2      Q.   And at the top it says Document Number 21

3   that's filed in front of the United States District

4   Court for this case; correct?

5      A.   Correct.

6      Q.   It was filed by you on March 10th, 2025;

7   correct?

8      A.   Correct.

9      Q.   And on the last page of that document on

10   Plaintiff's 6 -- second to last page of this, you signed

11   this in front of a notary public; correct?  This is

12   notarized?

13      A.   Yes.

14      Q.   That's a yes?

15      A.   Yes.

16      Q.   And you swore, it says here, I declare under

17   penalty of perjury the foregoing is true and correct to

18   the best of my knowledge; correct?

19      A.   Yes.

20      Q.   And you swore that before this notary who is

21   Joanna Santos; correct?

22      A.   Correct.

23      Q.   You swore all this was true; correct?

24      A.   Correct.

25      Q.   I want you to look at Number 5 and read that

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 70

1  for the record, if you would.

2      A.  I never possessed any intimate images or

3  videos of the plaintiff.

4      Q.  Okay.  We talked earlier and you said that

5  Natalie had sent you nude pictures before; correct?

6      A.  Correct.

7      Q.  So you have possessed intimate images of the

8  plaintiff; correct?

9      A.  Correct.

10     Q.  So you testified falsely by affidavit before

11 this court; correct?

12     A.  Technically what happened is I sent the

13 wrong -- these papers got mixed up because the copy I

14 sent you doesn't say that.  But this that I signed --

15 because I had a lot of papers and I represent myself.

16 So yes, that's a mistake I made.  But what I sent you

17 don't say that.

18     Q.  You -- no.  You filed an affidavit with the

19 court that you signed under oath; correct?

20     A.  Correct.

21     Q.  That has a lie in it; correct?

22     A.  Technically, no.  That was a mistake.  That

23 was an error on my part, a clerical error.

24     Q.  It's a factual error; correct?

25     A.  However you want to word it.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 71

1    Q.   Are you going to correct this error?

2    A.   Yes.

3    Q.   Don't you think it's important that you tell

4  the truth in front of the court?

5    A.   Yeah.  That's why we're here.

6    Q.   Well, you didn't here; right?  You filed a

7  motion last week with an affidavit that contains a

8  statement that is false; correct?

9    A.   I made a mistake, yeah.

10    Q.   And you swore under oath that was true;

11  correct?

12    A.   According to this, yes.

13    Q.   According to your affidavit; right?

14    A.   Yeah.

15    Q.   Have you told me the truth here today?

16    A.   Yeah.

17    Q.   The whole truth and nothing but the truth?

18    A.   Yeah.  And I also sent you the truth, which is

19  different from this.

20      (Court reporter requested clarification.)

21      THE WITNESS:  I said I also sent a copy of

22    this to him which is different from this.  I had

23    made a clerical error by getting this signed.

24    Again, I'm representing myself and I made a

25    clerical error by not making sure I had the right

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 72

1    one signed.  But it's cool.

2  BY MR. WEEKS:

3      Q.   You used that in reliance upon filing a motion

4  to the court; correct?

5      A.  I did.

6      Q.   Okay.  It contained a false statement that you

7  swore was true under oath?

8      A.   Yeah.  We make mistakes.  I'm human.

9      Q.   Let me ask you about something else.  You

10  talked to Natalie since y'all broke up; correct?

11      A.   Broke up?

12      Q.   Since the end of your relationship you've

13  talked on the phone with Natalie?

14      A.   I talked to Natalie once.  That was after our

15  court case in March.

16      Q.   Do you remember what you said to her?

17      A.   I remember exactly what I said.  I said, What

18  is it that you want?  Is it money?  What is it that you

19  want?  She absolutely could say nothing, couldn't

20  answer.

21      Q.   Did you say, You tripping about me sending one

22  girl nude pictures when attorneys, lawyers, judges,

23  everybody about to see your nude photos, like it makes

24  no sense?  Did you say that?

25      A.   That's not what I said.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                    March 20, 2025

Page 73

1     Q.   Not what you said?

2     A.   I said, You're tripping about nude pictures

3   being sent to -- I didn't say you tripping about me

4   sending anything.

5     Q.   So your testimony is that you did not say,

6   You're tripping about me sending one girl nude pictures

7   when attorneys, lawyers, judges everybody about to see

8   your nude photos, like it makes no sense.

9        You didn't say that?

10    A.   No.  I didn't use the word "me".  I did not.

11    Q.   Did you say, Everybody about to see your

12   photos now?

13    A.   Yes.  I'm telling her because you're pursuing

14   court issues.  Now everybody sees your photos.  You're

15   making a deal out of one person seeing a female.  Now

16   attorneys, judges, possibly a jury, everybody is about

17   to see them, which kind of contradicts her being upset

18   about -- it all don't make sense.

19        It's contradicting her being upset about a

20   female when you now have your eyes on nude photos of

21   her, she does, a judge and possibly a jury.

22    Q.   But you said, But everybody about to see your

23   photos now?

24    A.   That's what I meant by that statement.

25    Q.   I'm asking what you said, not what you meant.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                    March 20, 2025

Page 74

1   Did you say that or did you not say that?

2       A.  That's what I meant when I said it.

3       Q.   That's not my question.  Did you say,

4   Everybody about to see your photos --

5       A.  I don't recall.

6       Q.   Did you say, But you're tripping because I

7   sent one person a photo?

8       A.  I didn't say that.

9       Q.   You did not say that?

10      A.  I did not say that.

11      Q.   Did you say, You look like a fool today.  You

12   willing to go back and look like a fool again because

13   I'm going to make you look like a fool again?

14      A.  I don't recall saying any of that.  We weren't

15   on the phone long enough for that.

16      Q.   Did you say, All right.  Cool.  You want to

17   play childish games, cool.  But I got better things to

18   do with my day, but I guess you don't.  Did you say

19   that?

20      A.  I don't recall saying that.

21      Q.   Did you say, Natalie, I've shown you already I

22   can play as long as you want to play?

23      A.  I don't recall that.  This is a year ago.  I

24   don't recall.  The conversation was very quick and the

25   main objective of the conversation is what is it that

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 75

1   you want?  Is it money?  What is it?  She never answered

2   the question.

3       Q.   Did you say, I know where you live now?

4       A.   I've always known where she lived.

5       Q.   That's not my question.  Did you say, I know

6   where you live?

7       A.   I don't recall saying that, but I've always

8   known where she lived.

9       Q.   But you told me earlier you were certain that

10  you didn't say, You tripping about me sending one girl

11  nude pictures when attorneys, lawyers, judges, everybody

12  about to see your nude pictures?

13      A.   My statement was I didn't say I sent it.  I

14  said, You're tripping about one photo being sent to a

15  female.

16      Q.   Did you say, You tripping about me sending one

17  girl nude pictures?

18      A.   I said no.  How many times do you want me to

19  say it.  No.

20      Q.   You did not say that?

21      A.   I did not say that.

22      Q.   Did you say, But you're tripping because I

23  sent one person a photo?

24      A.   I did not say that.

25          MR. WEEKS:  I'll send these.  They're

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 76

1    electronic.  Give me one second here.  Let's take a

2    quick break.

3              (Brief recess.)

4         MR. WEEKS:  We're on Number 7.

5  (Plaintiff's Exhibit 7 will be marked at a later date.)

6  BY MR. WEEKS:

7    Q.   This is 7.  It's a video with audio.  I'm

8  going to mark it and play it for you.

9       (A portion of Plaintiff's Exhibit 7 was played.)

10  BY MR. WEEKS:

11     Q.   So, again, I asked you earlier, Are you

12  tripping about me sending one girl nude pictures.  I'm

13  going to play it again.

14       (A portion of Plaintiff's Exhibit 7 was played.)

15  BY MR. WEEKS:

16     Q.   Did you say, You tripping about me sending one

17  girl nude pictures?

18     A.   No.  I don't recall saying that.

19     Q.   I'm playing -- that's your voice; right?

20     A.   I don't know.  I can't tell whose voice that

21  is.

22     Q.   You're denying that's your voice?

23     A.   I'm not denying anything.  I can't tell whose

24  voice that is.

25     Q.   You don't know your own voice?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 77

1    A.   You're playing games now.

2    Q.   I'm asking you is that your voice?

3    A.   I can't tell.

4    Q.   You don't know if that's your voice?

5    A.   I don't know if that's my voice.  There's a

6   lot going on in the video.

7         MR. WEEKS:  Yeah.  Okay.

8    (A portion of Plaintiff's Exhibit 7 was played.)

9         MR. WEEKS:  Madam Court Reporter, actually I

10    am going to ask you to take that down.  Can you do

11    it?

12        THE COURT REPORTER:  I don't know how I'm

13    going to be able to do it.  I'll give it a shot.

14        MR. WEEKS:  Okay.  I'm not going to play the

15    whole video.  This is the first -- this is on

16    Plaintiff's 7.

17    (Plaintiff's Exhibit 7 as taken down by the court

18   reporter.)

19        THE WITNESS:  Wasting our time.  You

20    (inaudible) about me sending one girl nude pictures

21    when attorneys, lawyers, judges, everybody going to

22    see your nude photos.

23        THE COURT REPORTER:  I didn't get all of it.

24        MR. WEEKS:  One more time.

25    (A portion of Plaintiff's Exhibit 7 was played.)

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 78

1      (Plaintiff's Exhibit 7 as taken down by the court

2   reporter.)

3           Our time.  You tripping about me sending one

4      girl nude pictures when attorneys, lawyers, judges,

5      everybody about to see your nude photos.

6           THE WITNESS:  AI is something else, artificial

7      intelligence.

8   BY MR. WEEKS:

9      Q.   So you believe somebody is manipulating you

10   here?

11      A.   I don't know what's going on, man.  I don't

12   recall saying -- nah, I didn't say that.

13           MR. WEEKS:  I'm going to show you what we'll

14      mark as 8.  I'll email these to you, I guess, when

15       we're done.

16   (Plaintiff's Exhibit 8 will be marked at a later date.)

17      (A portion of Plaintiff's Exhibit 8 was played.)

18           MR. WEEKS:  That was 8.  So 7 and then that

19      was 8; right?

20           THE COURT REPORTER:  Yes.

21   BY MR. WEEKS:

22      Q.   So there's two separate ones. We listened to

23   that entire 8.  That's your voice; right?

24      A.   I don't recall.

25      Q.   You don't recall if that's your voice?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                March 20, 2025

Page 79

1    A.  I can't tell whose voice it is.

2    Q.  You can't say that's your voice?

3    A.  I answered the question already.

4    Q.  No.  Is that your voice?

5    A.  I don't know.

6    Q.  You don't know if that's your voice or not.

7  Is that Natalie Soto's voice?

8    A.  It sounds like her voice.  She's loud and

9  clear.  She's way over the radio.

10    Q.  So you can tell Natalie Soto's voice on the

11  video, a woman that you dated for a few months, but you

12  cannot tell your own voice?

13    A.  I said it sounds like her.  I don't know if

14  it's her or not.

15    Q.  But you can't say if it's you, one way or

16  another?

17    A.  I can't say if it's either one of us.

18    Q.  I'm going to play the first one again and ask

19  you the same question.  I'll play the entire thing.

20        (Plaintiff's Exhibit 7 was played.)

21  BY MR. WEEKS:

22    Q.  All right.  Going back to 7, I played you the

23  full video.  Is that your voice?

24    A.  I don't know.

25    Q.  You don't know your own voice?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 80

1      A.  I'm not going to keep going back and forth.

2  I've already answered the question.  It's already

3  documented.

4      Q.  You're going to answer my question.  Is that

5  your --

6      A.  I don't know.

7      Q.  You don't know if that's your voice.  Is that

8  Natalie Soto's voice?

9      A.  I don't know.

10      Q.  Did you say, But you're tripping because I

11  sent one person a photo?

12      A.  I don't recall.

13      Q.  You don't recall saying that.  Do you have any

14  reason to dispute that's what you said?

15      A.  I don't recall what I -- exactly what was

16  said.  I don't recall.

17      Q.  So you have no reason to dispute that's what

18  you said?

19      A.  I know what I said when I did call Natalie.  I

20  told her this is childish.  This is silly.  What is it

21  that you want?  That's what I said.

22      Q.  So you're asking the court to believe your

23  recollection of the phone conversation over a recording

24  of the phone conversation?  Is that what you're asking

25  the court to do?

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.                                                        March 20, 2025

Page 81

1     A.  I'm stating what I recall from the

2   conversation.

3     Q.  And memory -- you'd agree that memory can be

4   imperfect; right?

5     A.  (Witness gestures.)

6     Q.  Especially if we're upset, sometimes our

7   memories aren't perfect; right?

8     A.  I guess.

9     Q.  Wouldn't you agree that a recording, a video-

10   audio recording is a lot better evidence of what

11   actually occurred, as opposed to somebody's memory of

12   what occurred?

13     A.  Not really because videos, especially an

14   audio, it can be audited.  So no, I don't agree.

15     Q.  Do you have any evidence that this has been

16   audited or --

17     A.  I don't have any evidence of any of this.

18     Q.  You have no evidence for your claim that

19   that's somehow not your voice?

20     A.  I don't have any evidence.  This is the first

21   time I'm hearing this.

22     Q.  Except when you were on the phone call with

23   Natalie; right?  You heard it then?

24     A.  Which was very brief.

25     Q.  Are you disputing that you say what's on 7 and

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 82

1  8?  Those are the two audio recordings we just listened

2  to.  Do you dispute that you said what we hear you

3  saying on those recordings?

4      A.  Yes.  I dispute that.

5      Q.  Do you have any evidence that supports that

6  dispute?

7      A.  Claims for speculation would be based off an

8  audio.  I mean --

9      Q.  I asked about evidence or proof.  Do you have

10  any evidence or proof that that is not you on the

11  recording?

12      A.  Oh, I don't have.  No.  I don't have any

13  evidence.

14      Q.  So we're just supposed to believe you that

15  that's not you?

16      A.  I mean, you're open to believe whatever you

17  want.  I don't have any evidence.  That was the

18  question.  I mean, it's a recording, so I --

19      Q.  Now that we've gotten a little deeper into

20  this deposition, do you have anything that you want to

21  correct, something that has jogged in your mind that you

22  now think you want to correct?

23      A.  I can't think of anything.

24      Q.  That's all I have.  You have a chance to say

25  anything you want on the record.  You can do that or you

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 83

1  don't have to do that.

2     A.   What I really had to say was I'm thinking this

3  was a deposition where the plaintiff is here, I'm here,

4  and we can really go in depth on all of this.

5         But she's not here to even answer questions,

6  because there is a lot of information that's left off.

7  Text messages, all that stuff, there is no beginning,

8  there is no end.  She basically gave you information

9  that she wanted you to have.  There is no how the

10  conversation started, because that initial text message

11  thread started from her.

12         It haven't talked to Natalie in over six

13  weeks.  Natalie contacted me, harassed me on my phone.

14  I got literally seven text messages before I even

15  responded.  She's leaving off the beginning and the

16  ending of all of this.

17         And my thing is during all this time of us not

18  being together, she's with Jimmy.  She's gone on a

19  vacation with Jimmy the following week.

20         I'm trying to understand what damages has she

21  suffered from all this.  Her life hasn't changed.  She

22  ain't lost money.  She's on vacation with her ex that

23  she got back with immediately following the holidays or

24  during the holidays.  So I got a lot of questions.

25         Sounds like she's setting you up, trying to

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 84

1   get money out of you.  That's what it sounds like.

2        And the funny thing is she made a statement in

3   one of these text messages saying that my wife takes

4   care of me, that I don't have any money.  Yet she's

5   suing me for money, knowing I don't have any assets and

6   no job.  So it's funny that we're going through all of

7   this.

8        And, again, it's still funny to me that, one,

9   I'm being sued for supposedly sharing nude photos, yet

10  Dawn, Natalie and now you have shared nude photos of

11  another woman.  Yeah.  Another woman that doesn't even

12  know about you guys sharing the photos.  So basically

13  y'all are breaking the same law that I'm being accused

14  of because her photos weren't X'ed out.  They weren't

15  marked out.  So all of y'all are guilty of sharing nude

16  photos.

17      Q.  Is that all?

18      A.  I mean, I don't have nothing else.  I pretty

19  much said there's no beginning or end.  Natalie is

20  leaving out a lot of details, especially when she

21  started harassing me, how all this all came about.  I

22  moved on with my life.

23        She contacted me.  So she had a purpose and a

24  reason to contact me and that was to start some trouble,

25  because I wasn't contacting her.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                     March 20, 2025

Page 85

1          And she also left out we went to court in

2     March and she told these same stories.  And the judge

3     threw the case out because she was trying to say she

4     felt threatened for her life as if I threatened to kill

5     her or something.  She wanted a restraining order.  The

6     judge threw that out.

7          She files a court case on me, Cobb County.  I

8     didn't know I had warrant out for my arrest for two

9     months.  They know where I live.  They done served me

10    papers there before.

11         She waits until I go to church on Father's Day

12    on January -- June the 16th, calls the cops on me.  Had

13    me arrested in front of all my church family, my wife,

14    my kid, my parents, everybody, in the middle of me on my

15    job.  I lose my job the next day after I got arrested.

16         So it just looks like to me she's out to get

17    me.  She's going to the extreme to try to make sure she

18    ruins my life.

19    Q.  Okay.  I have a little bit more.  You said

20    that this evidence we looked at today is incomplete. I

21    sent you a request for production of documents; correct?

22    A.  You might have.  Man, you've sent me so much

23    stuff, man.  I'm not an attorney, man.  I'm doing the

24    best I can to try to get you this -- yes.  You probably

25    have sent me that.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 86

1       Q.  I sent you a request for production of

2   documents.

3       A.  I don't have documents, though.  I didn't

4   keep -- when -- after -- she contacted me in February,

5   the second week of February, when all this transpired,

6   the text messages.  Me and Natalie didn't talk -- I

7   heard nothing from her again until I got served

8   documents in March to go to court.

9          I got rid of all the text messages, everything

10  -- any documents I had, I got rid of them.  So basically

11  I either need to hire somebody or get all our records

12  subpoenaed so I can get documents because I deleted

13  everything because I didn't think I was ever going to

14  hear from Natalie again because I blocked her.

15         And I was moving on with my life.  I thought

16  that was the end.  I had no idea I was about to be going

17  to court a month later.

18         So no, I don't have documents.  So that's why

19  you never received documents from me.

20      Q.  You didn't even let me ask my question.  Let

21  me ask my question.  I sent you a document request,

22  request for production of documents; correct?

23      A.  I believe so.  I don't recall.

24      Q.  It was served on you.  We had a hearing the

25  other day when the judge ordered you to answer those and

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 87

1  send everything to me by 5:00 o'clock; correct?

2      A.   Yes.

3      Q.   And you did not send me any documents;

4  correct?

5      A.   No, I didn't.

6      Q.   So you have no documents to support anything

7  you've said here today; correct?

8      A.   I don't.

9      Q.   That's all I have.  Thanks.

10      A.   I can get them, though.  Trust me.  I can get

11  them.

12      Q.   If you can get them, why haven't I gotten them

13  up till today?

14      A.   Because the questions you're asking me are

15  not -- we're in a deposition that does not really allow

16  me -- I didn't need the documents technically, because

17  my documents, according to all the questions you're

18  asking me, wouldn't do me any good anyway.

19      Q.   No.  I asked for any documents supporting any

20  defense you might have to this case or any documents you

21  might use at trial.  I asked you that months ago.  And

22  you --

23      A.   I don't have them.

24      Q.   You don't have any documents to support --

25      A.   I deleted all my text messages.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                    March 20, 2025

Page 88

1      Q.   Let me finish.  You don't have any documents

2    to support anything you said here today; correct?

3      A.   No.

4      Q.   And you said but you could get them.  Well,

5    how could you get them?

6      A.   I would have to pay to get them or I would

7    have ask the judge to subpoena all our records or our

8    text messages.

9      Q.   And you haven't done any of that and discovery

10   closes tomorrow; correct?

11     A.   No, I haven't did any of that because the

12   judge hasn't even responded to other motions that I

13   filed.

14     Q.   We're not talking about the judge.  You

15   haven't gotten any records.  You know this case is --

16   the discovery period was over last week.  Now it's over

17   as of this week.  You know that; right?

18     A.   I do now.

19     Q.   And you produced no documents to support

20   anything you said in this case.

21     A.   No.  Because I don't have the money to get

22   those documents.  I would request them with the

23   subpoena.

24        MR. WEEKS:  That's all I have.  No further

25   questions.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 89

1          THE COURT REPORTER:  Are you ordering a

2     transcript?

3          MR. WEEKS:  Yes, ma'am.

4          (Deposition concluded at 2:57 p.m.)

5     (Pursuant to Rule 30(e) of the Federal Rules of

6     Civil Procedure and/or O.C.G.A. 9-11-30(e), signature of

7     the witness has been reserved.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                           March 20, 2025

Page 90

1        C E R T I F I C A T E

2  STATE OF GEORGIA:

3  COUNTY OF DEKALB:

4      I hereby certify that the foregoing transcript was

5  reported, as stated in the caption, and the questions

6  and answers thereto were reduced to typewriting under

7  my direction; that the foregoing pages represent a

8  true, complete, and correct transcript of the evidence

9  given in said proceeding, and I further certify that I

10  am not of kin or counsel to the parties in the case; am

11  not in the employ of counsel for any of said parties;

12  nor am I in any way interested in the result of said

13  case.

14      This, the 8th day of April 2022.

15

16

           ------------------------
17           Nancy G. Lucas, CCR
             Certificate No. B-1366
18

19

20

21

22

23

24

25

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 91

1          DISCLOSURE OF NO CONTRACT

2      I, Nancy G. Lucas, Certified Court Reporter, do
hereby disclose, pursuant to Article 10.8 of the Rules
3   and Regulations of the Board of Court Reporting of the
Judicial Council of Georgia, that I am a Georgia
4   Certified Court Reporter; I was contracted by the party
taking the deposition to provide court reporting
5   services for this deposition; I will not be taking this
deposition under any contract that is prohibited by
6   O.C.G.A 15-14-37(a) and (b) or Article 7.C of the Rules
and Regulations of the Board; and I am not disqualified
7   for a relationship of interest under O.C.G.A.
9-11-28(c).
8
There is no contract to provide reporting services
9   between myself or any person with whom I have a
principal and agency relationship nor any attorney at
10   law in this action, party to this action, party having a
financial interest in this action, or agent for an
11   attorney at law in this action, a party to this action
or party having a financial interest in this action.
12   Any and all financial arrangements beyond my usual and
customary rates have been disclosed and offered to all
13   parties.

14
----------------------
15          Nancy G. Lucas, CCR
Certificate No. B-1366
16

17

18

19

20

21

22

23

24

25

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 92

1  CASE:  Natalie Soto Vs. Wendell Holmes, Jr.

2  NAME OF WITNESS:    Wendell  Holmes, Jr.

3       The preceding deposition was taken

4  in the matter, on the date and at the time and

5  place set out on the title page hereof.

6       It was requested that the deposition

7  be taken by the reporter and that same be

8  reduced to typewritten form.

9       It was agreed by and between counsel

10  and the parties that the deponent will read and

11  sign the transcript of said deposition. Said jurat

12  is to be returned, within 30 days after the transcript

13  is made available, to the following address:

14          Gallo Legal Services

15          2900 Chamblee Tucker Road

16          Building 13, First Floor

17          Atlanta, Georgia 30341

18  If an errata is executed and returned

19  to GLS within the 30 days allocated by law,

20  the executed errata will be sent to the taking

21  attorney for filing with the original transcript.

22  Should an executed errata not be forwarded from

23  GLS to the taking attorney for filing, the

24  deposition was not reviewed and signed by the

25  deponent within 30 days.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.

March 20, 2025

Page 93

1   NAME OF CASE:    Natalie Soto Vs. Wendell Holmes, Jr.
    DATE OF DEPOSITION: 03/20/2025
2   NAME OF WITNESS:   Wendell Holmes, Jr.

3   GLS JOB NO.:    122387

4           CERTIFICATE

5       Before me this day personally
    appeared WENDELL HOLMES, JR., who, being duly
6   sworn, states that the foregoing transcript of
    his/her deposition, taken in the matter, on
7   the date and at the time and place set out on
    the title page hereof, constitutes a true and
8   accurate transcript of said deposition.

9       _____

10              WENDELL HOLMES, JR.

11          SUBSCRIBED and SWORN to before me

12   this _____ day of _____ 20_____.

13   in the jurisdiction aforesaid.

14   _____  _____

15   My Commission Expires     Notary Public

16   STATE OF _____

17   COUNTY/CITY OF _____

18

19      []   No changes made to the Errata Sheet;

20   therefore, I am returning only this signed,

21   notarized certificate.

22      []   I am returning this signed,

23   notarized certificate and Errata Sheet with

24   changes noted.

25

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell Holmes, Jr.                                                    March 20, 2025

Page 94

1            Errata Sheet

2   NAME OF CASE:     Natalie Soto Vs. Wendell Holmes, Jr.

3   DATE OF DEPOSITION: 03/20/2025

4   NAME OF WITNESS:   Wendell  Holmes, Jr.

5   Reason Codes:  1. To clarify the record

6            2. To correct transcription errors

7            3. Other

   _____
8   _____

9   Page _____ Line _____ Reason _____

10  From _____ to _____

11  Page _____ Line _____ Reason _____

12  From _____ to _____

13  Page _____ Line _____ Reason _____

14  From _____ to _____

15  Page _____ Line _____ Reason _____

16  From _____ to _____

17  Page _____ Line _____ Reason _____

18  From _____ to _____

19  Page _____ Line _____ Reason _____

20  From _____ to _____

21  Page _____ Line _____ Reason _____

22  From _____ to _____

23

24   SIGNATURE:_____DATE:_____

25            Wendell  Holmes, Jr.

Natalie Soto Vs. Wendell Holmes, Jr.
Wendell  Holmes, Jr.

March 20, 2025

Page 95

1          Errata Sheet

2  NAME OF CASE:      Natalie Soto Vs. Wendell Holmes, Jr.

3  DATE OF DEPOSITION: 03/20/2025

4  NAME OF WITNESS:   Wendell  Holmes, Jr.

5  Reason Codes:  1. To clarify the record

6            2. To correct transcription errors

7            3. Other

8  _____
   _____

9   Page _____ Line _____ Reason _____

10  From _____ to _____

11  Page _____ Line _____ Reason _____

12  From _____ to _____

13  Page _____ Line _____ Reason _____

14  From _____ to _____

15  Page _____ Line _____ Reason _____

16  From _____ to _____

17  Page _____ Line _____ Reason _____

18  From _____ to _____

19  Page _____ Line _____ Reason _____

20  From _____ to _____

21  Page _____ Line _____ Reason _____

22  From _____ to _____

23

24  SIGNATURE:_____DATE:_____

25          Wendell  Holmes, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy and/or an electronic copy of the within and foregoing DEPOSITION OF WENDELL HOLMES, JR., and all Exhibits thereto, was served upon all parties to this action and/or counsels of record in this action via electronic filing through the Court's CM/ECF system which will automatically send an electronic copy of said pleading to all electronic service registrants and attorneys of record, and/or via email, and/or via USPS First Class Mail with postage paid and addressed as follows:

Wendell Holmes, Jr.
5934 Rosie Lane, SE
Mableton, GA 30126
wendellholmesjr@gmail.com

This 9th day of April, 2025.

/s/ Joseph W. Weeks
Joseph W. Weeks
Attorney for Plaintiff
Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Avenue, Suite 450
Decatur, GA 30030-2560
Ph: 404-373-3131
Fax: 404-373-7286
jweeks@mcnallyweeks.com