Natalie's post   •••

 **Are We Dating The Same Guy? | Atlanta / Athens / Marietta / Georgia**

Natalie Soto • Feb 16 •

If you come across him run!



Rules

 Write a comment...     

