

**Natalie Soto**

If you come across this man Wendell on a dating site, run! He is still married, he will try and convince you otherwise, they live together. He owes me money that is refusing to pay me back from getting his truck fixed and for some of his drum equipment he wanted. He had every excuse in the book about why there are pictures of him and his wife together and why they spend holidays together, but they are supposedly not together, I tried messaging his wife today to tell her to tell him to give me back my money but I guess she thinks it's a joke lol and won't message me back! So bottom line is just run!

7w   Like   Reply         9 



PLAINTIFF'S
EXHIBIT NO. 3
FOR IDENTIFICATION
DATE: 3/20/25   RPTR: