+1 (201) 540-9457

Text Message
Today 1:24 PM

> message me on socials, and meet up with me over the years. I'm glad I never agreed to meet, smh.
>
> 3d  Like  Reply  3
>
> View 1 reply...
>
> If you come across this man Wendell on a dating site, run! He is still married, he will try and convince you otherwise, they live together. He owes me money that is refusing to pay me back from getting his truck fixed and for some of his drum equipment he wanted. He had every excuse in the book about why there are pictures of him and his wife together and why they spend holidays together, but they... See more
>
> 3d  Like  Reply  9

Who is this

I guess you have two phone lines that's nice to know

You mess with the wrong person karma works in mysterious ways that's all I'm gonna say

All good I warned u! Time to play

PLAINTIFF'S
EXHIBIT NO. 4
FOR IDENTIFICATION
DATE: 7/21/25  RPTR: [signature]

4



(201) 540-9457

All good I warned u! Time to play your game better..

> You're just mad because I busted up your little game so all these women that you've been playing for all these years and playing your wife who doesn't deserve what you do to her and I told you that so you can go do whatever the fuck you want I don't give a fuck cause you don't even know who the fuck I am so go ahead try me

> And your wife deserves so much better than what you do to her so you're just mad cause you got caught

> For someone who votes themselves to the Lord, you sure are manipulator your user and you think you're like the best thing ever when the man upstairs, the one you have to answer to not to me not anybody else with the man upstairs when it's your time, so I don't know how you can even sit in church being the way that you are

+1 (201) 540-9457

Don't forget to lock your doors 💩

Not mad at all. I get even... I can play better...

> Do you have the first find me first and I haven't even been staying at my new house, so good luck on that one

> And your threats don't even scare me, so good luck on that one you're just mad and being petty

You are the dumb bitch.. u knew I was married. U look stupid but I knew u were slow and stupid. My wife can't believe I would
Even talk to someone as ugly as u.. lol.. and she is right, u really a trailer part trash hoe. U and your daughter

Oh trust I can find u lol..

U got til noon to delete everything you posted about me on this Facebook group b4 I make your life a living hell and really expose you. U out here looking like boo boo the fool for giving me cash for





(201) [illegible]0-9457

Oh trust I can find u lol..

U got til noon to delete everything you posted about me on this Facebook group b4 I make your life a living hell and really expose you. U out here looking like boo boo the fool for giving me cash for my truck etc knowing I'm married. U and your daughter are both really stupid slow ass chicks.. u think this makes me look bad and people feeling sorry for you?

Just so you know, your words don't hurt me and no I did not know you were married until I found out myself and you said you weren't even sleeping with her nothing so give me a fucking break you're the liar you're the cheater you're the adult that's the number one center at God's eyes so go ahead you're gonna have to speak your mind to God not to me to God so go blow your bullshit to somebody else because you're fucking words don't hurt me I don't give a fuck about you nothing

Text Message

> Sorry ass stripper pole videos... they suck, u suck, u really should go get a job stripping. U wouldn't make much cash though... you really out here looking like a 🤡 on Facebook thinking u saving the world... like I'm so mad I even gave a dumb bitch like u my number.. u really are mentally slow

> Your words Don't hurt me lol.. go enjoy life in that ugly ass shack house with your funky ugly dog

> Since u want to look like a victim, we gonna make sure these receipts get out there to everybody.

> No it's called you owe me money and I think everybody needs to know exactly who you are and what a liar you are and how you use people and how you want them to be like dumb thinking that oh you're single and you don't sleep with your wife and you live by yourself blah blah blah so go fuck off Wendell



+1 (201) 540-9457

> But you'll never be able to pay me back because your wife obviously supports you, so that's it and all the little bitches that you fuck around with

> Natalie u ain't getting a dime from me. Go to hell

> And u are a dummy

> So all of this is pointless. U wasting time energy and u looking like a fool.. and u still won't get a dime from me. So have accomplished absolutely nothing, zero, nada 🤣

> Maybe I'll post some of your nude photos on that same chat.. then we will see how you look to all those women..

> And I got all the receipts.. I didn't delete my messages boo

> U still want me to go on this vacation with u? 🤣

> Oh I got some even better ideas..

 Text Message