8:45     5G

 **Wendell Holmes Jr.**

these women. So it's stupid that these pages don't allow the men to come on and have a say so.. but it's all good! I don't have to answer to any of you..
Just be careful with this shit, it may not be as cool and fun full of games as you may think.. oh I got plenty of receipts....



 Run and post this in the comment section... sisterhood that!!!

 Correction "are we dating the same man"



You've blocked Wendell
You can't message or call them in this chat, and you won't receive their messages or calls.

Unblock

Report

