
Elizabeth Gallo
COURT REPORTING LLC
EXHIBIT NO. 8
FOR IDENTIFICATION
DATE:
RPTR: