FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 1 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

NATALIE SOTO,

Plaintiff,

v.

WENDELL HOLMES, JR.,

Defendant.

Civil Action No. 1:24-cv-02911-SDG

# DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIM

## I. STANDARD OF REVIEW

A motion to dismiss under Rule 12(b)(6) tests the sufficiency of the complaint. Under Twombly and Iqbal, a claim must contain factual allegations sufficient to state a plausible claim for relief. Pro se filings are construed liberally.

## II. ARGUMENT

### A. Count I – Malicious Prosecution

The Amended Counterclaim alleges favorable termination of criminal proceedings, lack of probable cause, malice, and resulting damage. These elements are sufficiently pled and must survive a 12(b)(6) challenge.

### B. Count II – Intentional Infliction of Emotional Distress

Holmes alleges extreme and outrageous conduct through public shaming, employer interference, and family harassment, causing severe emotional distress, meeting Georgia's IIED standard.

### C. Count III – Defamation

Specific false statements are identified (e.g., "If you see this man, run"), published to third parties, false, and causing reputational and financial harm, satisfying Georgia's defamation elements.

### D. Count IV – Abuse of Process

Holmes alleges misuse of the protective order and criminal complaint for retaliatory purposes, with malice and lack of justification, supporting a statutory abusive litigation claim under O.C.G.A. §51-7-80 et seq.

## III. CONCLUSION

For these reasons, Defendant respectfully requests that the Court DENY Plaintiff's Motion to Dismiss Defendant's Amended Counterclaim [Doc. 52] in its entirety.

Respectfully submitted this 21st day of April, 2025.

*/s/ Wendell Holmes Jr.*

Wendell Holmes, Jr.
Pro Se Defendant

5934 Rosie LN SE

Mableton, GA 30126

Wendellholmesjr@gmail.com

(404) 664-2943

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2025, I served this Response via email to:

Joseph W. Weeks

McNally Weeks

125 Clairemont Ave., Ste. 450

Decatur, GA 30030-2560

jweeks@mcnallyweeks.com