# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

NATALIE SOTO,
  Plaintiff,

v.

WENDELL HOLMES, JR.,
  Defendant.



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 19 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Civil Action No. 1:24-cv-02911-SDG

## NOTICE OF FILING EXHIBIT IN SUPPORT OF DEFENDANT'S RESPONSE REGARDING PROCEDURAL PROPRIETY

COMES NOW Defendant, Wendell Holmes, Jr., pro se, and hereby gives notice of filing Exhibit C in support of his Response Regarding Procedural Propriety of a Second Motion for Summary Judgment.

Attached hereto as Exhibit E are screenshots of a text message conversation between Defendant and third party E. Talley, dated within the last week, evidencing Plaintiff's ongoing pattern of spreading defamatory and intimate information to uninvolved parties. This supports the presence of factual disputes relevant to the claims and defenses in this matter.

Respectfully submitted this 19th day of May, 2025.


Wendell Holmes, Jr., Pro Se

Mableton, GA 30126

404-664-2943

Wendellholmesjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2025, I served a true and correct copy of the foregoing NOTICE OF FILING EXHIBIT IN SUPPORT OF DEFENDANT'S RESPONSE REGARDING PROCEDURAL PROPRIETY, along with attached Exhibit C, upon counsel of record for the Plaintiff by electronic mail and/or U.S. Mail, postage prepaid, addressed as follows:

Joseph W. Weeks
McNALLY WEEKS
125 Clairemont Ave., Suite 450
Decatur, GA 30030
jweeks@mcnallyweeks.com

This 19th day of May, 2025.


Wendell Holmes, Jr., Pro Se