# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION



NATALIE SOTO,
  Plaintiff,

v.

WENDELL HOLMES, JR.,
  Defendant.


Civil Action No. 1:24-cv-02911-SDG


## NOTICE OF FILING SUPPLEMENTAL EXHIBIT E IN SUPPORT OF DEFENDANT'S RESPONSE

COMES NOW Defendant, Wendell Holmes, Jr., pro se, and hereby gives notice of filing Supplemental Exhibit E in support of his Response Regarding Procedural Propriety of a Second Motion for Summary Judgment.
This exhibit includes a series of screenshots of messages between the Plaintiff and third party E. Talley. The screenshots show Plaintiff voluntarily disclosing private, explicit, and defamatory information about Defendant, as well as admitting to contacting law enforcement and orchestrating Defendant's arrest at his place of employment on Father's Day 2024. These messages are highly relevant to Defendant's defenses and counterclaims, including malicious prosecution, defamation, and emotional distress.

Respectfully submitted this 19th day of May, 2025.

*Wendell Holmes Jr.*

Wendell Holmes, Jr., Pro Se

Mableton, GA 30126

404-664-2943

wendellholmesjr@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2025, I served a true and correct copy of the foregoing NOTICE OF FILING SUPPLEMENTAL EXHIBIT E IN SUPPORT OF DEFENDANT'S RESPONSE, along with attached Exhibit E, upon counsel of record for the Plaintiff by electronic mail and/or U.S. Mail, postage prepaid, addressed as follows:


Joseph W. Weeks

McNALLY WEEKS

125 Clairemont Ave., Suite 450

Decatur, GA 30030

jweeks@mcnallyweeks.com

*Wendell Holmes Jr.*

Wendell Holmes, Jr., Pro Se