# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION



NATALIE SOTO,
  Plaintiff,

v.

WENDELL HOLMES, JR.,
  Defendant.

Civil Action No. 1:24-cv-02911-SDG

## NOTICE OF FILING EXHIBIT E IN SUPPORT OF DEFENDANT'S OPPOSITION TO SUMMARY JUDGMENT AND COUNTERCLAIM

COMES NOW, Defendant Wendell Holmes, Jr., pro se, and hereby gives notice of filing the following exhibit in support of his Response in Opposition to Plaintiff's Motion for Summary Judgment and in support of his Amended Counterclaim:

**EXHIBIT E** – Screenshots of Messages Between Plaintiff Natalie Soto and Defendant Wendell Holmes, Jr., and Between Plaintiff and Third Party E. Talley

Section 1: October 2023 messages exchanged between Plaintiff and Defendant showing:

- Explicit sexual dialogue initiated by Plaintiff;
- Plaintiff's awareness of Defendant's marital status;
- Emotional involvement and frustration expressed by Plaintiff.

Section 2: Messages between Plaintiff and E. Talley showing that Plaintiff:

- Admitted to contacting the police and having Defendant arrested at church;
- Shared explicit photos of herself and another woman;
- Mocked Defendant's need for a support dog;
- Repeatedly defamed Defendant in personal conversations;
- Disclosed personal relationship details to uninvolved individuals;
- Encouraged E. Talley to post an anonymous photo of Defendant on Facebook to see if other women would come forward, demonstrating Plaintiff's intent to publicly shame and investigate Defendant's private relationships.

## CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the foregoing on all counsel of record via the Court's CM/ECF system and by mail to:

Joseph W. Weeks
McNally Weeks
125 Clairemont Ave., Suite 450
Decatur, GA 30030
jweeks@mcnallyweeks.com

This 19th day of May, 2025.

Wendell Holmes, Jr.