IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

NATALIE SOTO,

Plaintiff,

v.

WENDELL HOLMES, JR.,

Defendant.

Civil Action No. 1:24-cv-02911-SDG



May 21, 2025

Clerk of Court

United States District Court

Northern District of Georgia

Atlanta Division

75 Ted Turner Drive SW

Atlanta, GA 30303

RE: **Filing of Signed Statement from E. Talley – Supplement to Defendant's Evidence**

Dear Clerk of Court:

Please find enclosed for filing in the above-referenced matter the signed written statement from third-party witness E. Talley. This document is being submitted as a supporting exhibit in connection with Defendant's ongoing filings in opposition to Plaintiff's Motion for Summary Judgment and in support of Defendant's counterclaims.

If there are any issues with this submission or if further documentation is required, please do not hesitate to contact me at the information provided below.

Respectfully submitted,

*/s/ Wendell Holmes, Jr.*

Wendell Holmes, Jr., Pro Se

5934 Rosie Lane SE

Mableton, GA 30126

wendellholmesjr@gmail.com

(404) 664-2943

NATALIE SOTO,   Plaintiff,
v.
WENDELL HOLMES, JR.,   Defendant.

Civil Action No. 1:24-cv-02911-SDG

# EXHIBIT F

## Messages from Plaintiff and Witness Confirming Harassment, Retaliation, and Social Media Manipulation

*This exhibit includes messages showing Plaintiff's attempts to influence witnesses, ongoing communication despite claims of fear, and deleted messages consistent with retaliatory behavior.*





CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of May, 2025, I served a true and correct copy of the foregoing attached Exhibit F, upon counsel of record for the Plaintiff by electronic mail and/or U.S. Mail, postage prepaid, addressed as follows:

Joseph W. Weeks

McNALLY WEEKS

125 Clairemont Ave., Suite 450

Decatur, GA 30030

jweeks@mcnallyweeks.com

Wendell Holmes, Jr., Pro Se