# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION



NATALIE SOTO,
  Plaintiff,

v.

WENDELL HOLMES, JR.,
  Defendant.

## NOTICE OF FILING SUPPLEMENTAL EXHIBIT F

IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT'S COUNTERCLAIM

COMES NOW, Defendant Wendell Holmes, Jr., pro se, and hereby gives notice of filing Supplemental Exhibit F in support of his Response in Opposition to Plaintiff's Motion for Summary Judgment and in support of his Counterclaim.

Attached hereto as Supplemental Exhibit F is a signed clarification statement by third-party E. Talley, dated May 20, 2025. This clarification supports the accuracy and context of previously submitted communications involving the Plaintiff, Natalie Soto, and helps establish a pattern of behavior relevant to the factual disputes in this matter.

Respectfully submitted, this 21 day of May, 2025.

Wendell Holmes, Jr., Pro Se
Mableton, GA 30126
404-664-2943
wendellholmesjr@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 21 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

NATALIE SOTO,
   Plaintiff,

v.

WENDELL HOLMES, JR.,
   Defendant.

### NOTICE OF FILING SUPPLEMENTAL EXHIBIT F IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT'S COUNTERCLAIM

COMES NOW, Defendant Wendell Holmes, Jr., pro se, and hereby gives notice of filing

Supplemental Exhibit F in support of his Response in Opposition to Plaintiff's Motion for Summary Judgment and in support of his Counterclaim.

Attached hereto as Supplemental Exhibit F is a signed clarification statement by third-party E. Talley, dated May 20, 2025. This clarification supports the accuracy and context of previously submitted communications involving the Plaintiff, Natalie Soto, and helps establish a pattern of behavior relevant to the factual disputes in this matter.

Respectfully submitted this 21 day of May, 2025.

*/s/ Wendell Holmes Jr.*

Wendell Holmes, Jr., Pro Se
Mableton, GA 30126
404-664-2943
wendellholmesjr@gmail.com

Civil Action No. 1:24-cv-02911-SDG

## Statement from E. Talley

I, E. Talley, make the following statement based on my personal knowledge:

On or about the morning of May 20, 2025, I received a Facebook message from Natalie Soto. The message preview said, "why would you use me like that if you were just going to show him all the messages?"

When I attempted to view the full message, it had already been deleted. I did not respond to the message. After seeing it, I blocked Natalie Soto on all platforms to prevent further communication.

I have not had any prior contact with her since Friday May 16th.

I am willing to confirm the accuracy of this statement if requested.

Dated: _5/20/2025_____

Signature: _____*E Talley*_____

E. Talley

# **SUPPLEMENTAL CLARIFICATION BY E. TALLEY**

Civil Action No. 1:24-cv-02911-SDG

I, E. Talley, submit this clarification to accompany my previously signed statement dated May 20, 2025.

I wish to clarify that during my brief communication with Natalie Soto, I did not ask for any information about her legal case, nor did I request to see any photos. I only asked a few personal questions to confirm the nature of her encounter with Wendell Holmes Jr. Specifically, I asked:

1. What her experience with Wendell Holmes, Jr. was;
2. Whether it was a sexual encounter;
3. Whether she could tell if the other woman in the photo she referenced in our messages was me; and
4. The general time frame of the interactions.

At no point did I ask to see the photos, and my questions were solely intended to determine if I had been unknowingly involved. Natalie Soto voluntarily shared explicit content with me, which I did not solicit.

I make this clarification truthfully and based on my personal knowledge.

Dated: May 20, 2025

Signature: *C Talley*

E. Talley